**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 06 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**THE TRAVELERS INDEMNITY COMPANY**                         **PLAINTIFF**

v.                              Case No. *4:20cv13-JM*

**RSVP CATERING, LLC, and**
**COOL PROJECTS, INC.**                                    **DEFENDANTS**

### INTERPLEADER COMPLAINT

The Travelers Indemnity Company ("Travelers") files this Interpleader Complaint and

alleges as follows:

This case assigned to District Judge *Moody*
and to Magistrate Judge *Kearney*

### PARTIES

1.      Travelers is a Connecticut corporation with its principal place of business in

Hartford, Connecticut.

2.      RSVP Catering, LLC ("RSVP") is an Arkansas limited liability company with its

principal place of business in Little Rock, Arkansas.  Upon information and belief, RSVP's

members are citizens of Arkansas.  RSVP operated a catering business in a building located at

3801 S. Bowman Road, Little Rock, Arkansas 72211 (the "Bowman Property").

3.      Cool Projects, Inc. ("Cool Projects") is an Arkansas corporation with its principal

place of business in Little Rock, Arkansas.

### JURISDICTION AND VENUE

4.      This Court has original jurisdiction over this interpleader action.  There is

complete diversity of citizenship between the plaintiff and the defendants, and the amount in

controversy exceeds $75,000, exclusive of interest and costs.  This Court, therefore, has subject-

matter jurisdiction under 28 U.S.C. § 1332(a).

5.     This Court has personal jurisdiction over RSVP and Cool Projects because they are both citizens of Arkansas.  Further, they both claim an interest in the building at the Bowman Property.

6.     Venue is proper in this District under 28 U.S.C. § 1391 because one or more defendants reside in this District and a substantial part of the events giving rise to this claim occurred within this District.  The building insured by the policy at issue is located in this District.

## FACTS

7.     RSVP had property coverage with Travelers through policy #680-2F597898 (the "Policy") (a certified copy of which is attached as Exhibit A) that included the building at the Bowman Property.  The Policy period is December 9, 2018, through December 9, 2019.

8.     The Policy provides $306,600 in "BusinessOwners Property Coverage" for damage to the building at the Bowman Property for RSVP's insurable interest.

9.     RSVP owned the Bowman Property when the Policy was issued.  In January 2019, it was foreclosed, however, and Cool Projects purchased the Bowman Property on February 12, 2019.

10.     Cool Projects insured the Bowman Property for $150,000 through another insurer.

11.     Upon information and belief, Cool Projects and RSVP entered into a purchase and sales agreement dated March 11, 2019, for RSVP to re-purchase the Bowman Property (the "Re-Purchase Agreement).  RSVP made a $3,000 deposit under the Re-Purchase Agreement.  The sale was to close on April 12, 2019.

12. On March 23, 2019, pursuant to a request from RSVP's insurance broker, the Policy was amended to name Cool Projects as a mortgage holder for the Bowman Property effective March 21, 2019, with regard to the Policy's BusinessOwners Property Coverage. Cool Projects, however, has provided no evidence of a mortgage.

13. The Re-Purchase Agreement did not require that Cool Projects be named as an additional insured on the Policy, and Cool Projects is not listed as an additional insured on the Policy.

14. On March 31, 2019, a fire destroyed the building at the Bowman Property.

15. RSVP was operating in the building at the Bowman Property at the time of the March 31, 2019, fire.

16. Cool Projects received $150,000 in insurance benefits from another insurer for loss due to the fire at the building.

17. Cool Projects claims that it is also entitled to proceeds under the Policy's BusinessOwners Property Coverage for damage to the building at the Bowman Property, not as a mortgagee but as an additional insured, although it is not listed as an additional insured on the Policy.

18. If Cool Projects' claim that it is an additional insured has merit, that fact might reduce the $306,600 in coverage available to RSVP under the Policy's BusinessOwners Property Coverage.

19. The Arkansas valued policy law provides that an insured does not recover the full value of the policy "[i]f a total loss by fire or natural disaster other than a flood or earthquake: . . . is covered by two (2) or more property insurance policies that insure the same property." Ark. Code Ann. 23-88-101(b)(1)(B)(i). It further provides that, if two policies insure the same

3

property, the insured gets the lesser of the policy with the higher limit of coverage or the insured's interest in the property. Ark. Code Ann. 23-88-101(b)(1)(B)(ii)(a)(1)-(2).

20.     Travelers is prepared to tender to the Clerk of Court the Policy's full coverage of $306,600 for damage to the building at the Bowman Property so the Court can determine, based on the defendants' evidence and argument, the proper disbursement of some or all of the $306,600 available under the Policy's BusinessOwners Property Coverage.

## COUNT 1 – INTERPLEADER

21.     Travelers incorporates the preceding paragraphs as if set forth fully herein.

22.     Rule 22 of the Federal Rules of Civil Procedure authorizes an action for interpleader where a party is exposed to double liability as a result of competing claims. Rule 22 applies in this case.

23.     The claims of RSVP for coverage under the Policy compete with those that have been or may be asserted by Cool Projects.

24.     Travelers is unable to determine the amount to which RSVP and Cool Projects may be entitled and consequently is at risk of multiple liability due to the defendants' competing claims.

25.     Travelers is an innocent party and has not colluded with any defendant.

26.     Travelers claims no interest in the proceeds due under the Policy.

27.     As a result, this interpleader is necessary to ensure that the Policy's proceeds are paid in the proper amounts to the proper parties.

**WHEREFORE**, Travelers respectfully requests that the Court enter an order:

(a)     directing Travelers to deposit the amount of $306,600 into the registry of the Court until the issue of entitlement to these funds can be adjudicated;

(b)     discharging Travelers for any and all liability under the Policy to any defendant;

(c)     enjoining any party from initiating any action against Travelers regarding proceeds due under the Policy regarding the building at the Bowman Property; and

(d)     refunding to Travelers any of the $306,600 that is not awarded to a party in this action.

> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas 72201
> (501) 379-1700 Telephone
> (501) 379-1701 Facsimile
> cchiles@qgtlaw.com
> ryounger@qgtlaw.com
>
> By: _____
>      E. B. Chiles IV, Ark. Bar No. 96179
>      R. Ryan Younger, Ark. Bar No. 2008209
>
> *Attorneys for The Travelers Indemnity Company*

5

# CERTIFIED POLICY

This certification is affixed to a policy consisting of the renewal certificate for the policy period identified below along with the last prior renewal certificate that contained a complete set of policy forms and endorsements which, together, is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

The Travelers Indemnity Company

**Name of Insuring Company(ies)**

| 680 2F597898 | 12/9/18 to 12/9/19 | 9/6/19 |
|---|---|---|
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

Kenneth Kupec, Second Vice President
BI Document Management

EXHIBIT

A

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

## RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
RESTAURANT PAC PLUS
BUSINESS: CATERING

**POLICY NO.:** 680-2F597898-18-42
**ISSUE DATE:** 11/01/2018

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

1. **NAMED INSURED AND MAILING ADDRESS:**
   RSVP CATERING, LLC
   3801 S BOWMAN RD
   LITTLE ROCK AR 72211

2. **POLICY PERIOD:** From 12/09/2018 to 12/09/2019 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) | | |
|---|---|---|---|---|---|
| 001 | 001 | CATERING | 3801 S BOWMAN RD | | |
| | | | LITTLE ROCK | AR | 72211 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | IND |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorse-ments for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:**                          SUBJECT TO AUDIT

| | | |
|---|---|---|
| Provisional Premium | $ | 7,229.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER          COUNTERSIGNED BY:

SUNSTAR OF ARKANSAS          DBM23
11700 CANTRELL RD

LITTLE ROCK          AR 72223
IL T0 25 08 01   (Page 1 of 01)
Office: TULSA OK          DOWN

_____
Authorized Representative

DATE: 11/01/2018



**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

# RESTAURANT PAC

**CATERING**



**A Custom Insurance Policy Prepared for:**

**RSVP CATERING, LLC**
**3801 S BOWMAN RD**
**LITTLE ROCK AR 72211**

**Presented by:  SUNSTAR OF ARKANSAS**

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

## BUSINESSOWNERS COVERAGE PART DECLARATIONS

RESTAURANT PAC PLUS

**POLICY NO.:** 680-2F597898-18-42
**ISSUE DATE:** 11/01/2018

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

POLICY PERIOD:
From 12-09-18 to 12-09-19 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  LIMITED LIAB CORP

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a
"limit" or the word "included" is shown.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $ 2,000,000 |
| Products-completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to You | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

### BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage:  $  1,000 per occurrence.
                    Building Glass:                   $  1,000 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:   Actual loss subject to a maximum limit of
                                       $    177,432
Period of Restoration-Time Period:     Immediately

ADDITIONAL COVERAGE:
ADDITIONAL COVERAGE:
    Fine Arts:              $        25,000

Other additional coverages apply and may be changed by an endorsement.   Please
read the policy.

SPECIAL PROVISIONS:
## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05   (Page 1 of 3)

## BUSINESSOWNERS PROPERTY COVERAGE

**PREMISES LOCATION NO.:**  001          **BUILDING NO. :**  001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUILDING | $ | 306,600 | RC* | N/A | 0.0% |
| *Replacement Cost | | | | | |
| | | | | | |
| BUSINESS PERSONAL PROPERTY | $ | 159,135 | RC* | N/A | 0.0% |
| *Replacement Cost | | | | | |

COVERAGE EXTENSIONS:
   Accounts Receivable  $    25,000
   Valuable Papers     $    25,000

Other  coverage extensions apply and may be changed by an endorsement.  Please read the policy.

**MP T0 01 02 05   (Page 2 of 3)**

**POLICY NUMBER:** 680-2F597898-18-42

**EFFECTIVE DATE:** 12/09/2018

**ISSUE DATE:** 11/01/2018

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

|   | | |
|---|---|---|
|   | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| * | IL T0 25 08 01 | RENEWAL CERTIFICATE |
| * | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
|   | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

|   | | |
|---|---|---|
|   | MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
|   | MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
|   | CP 02 99 11 85 | CANCELLATION CHANGES |
|   | MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| * | MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
|   | MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
|   | MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
|   | MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
|   | MP T1 68 03 06 | EATING ESTABLISHMENT ENDORSEMENT |
| * | MP T9 73 02 05 | SPOILAGE COVERAGE |

COMMERCIAL GENERAL LIABILITY

|   | | |
|---|---|---|
| * | CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
|   | CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
|   | CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
|   | CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
|   | CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
|   | CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
|   | CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
|   | CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
|   | CG D1 86 11 03 | XTEND ENDORSEMENT |
|   | CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
|   | CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
|   | CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
|   | CG F6 91 09 11 | AR CHNGS - AMEND OCCURRENCE DEFINITION - BI / PD RESULTING FROM  FAULTY WORKMANSHIP |
|   | CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |

**\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.**

**IL T8 01 01 01**                                    **PAGE:   1   OF   2**

**POLICY NUMBER:** 680-2F597898-18-42

**EFFECTIVE DATE:** 12/09/2018

**ISSUE DATE:** 11/01/2018

COMMERCIAL GENERAL LIABILITY (CONTINUED)

|  |  |
|---|---|
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |
| * CG F4 27 09 08 | ARKANSAS CHANGES DEFINITION OF POLLUTANTS |

LIQUOR LIABILITY

|  |  |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

|  |  |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

|  |  |
|---|---|
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| * IL 01 63 10 17 | ARKANSAS CHANGES |
| IL 01 99 09 08 | ARKANSAS CHANGES - TRANSFER RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| IL 02 31 09 08 | ARKANSAS CHANGES - CANCELLATION AND NONRENEWAL |
| IL F0 60 09 07 | ARKANSAS CHANGES - DEFINITION OF POLLUTANTS |

POLICY HOLDER NOTICES

|  |  |
|---|---|
| * PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| * PN T4 71 12 09 | IMPORTANT NOTICE-POLCYHOLDER INFO-AR |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

PAGE:   2   OF   2

# BUSINESSOWNERS

# BUSINESSOWNERS

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**MORTGAGEES:**

**POLICY NO.:** 680-2F597898-18-42
**ISSUE DATE:** 11/01/2018

| PREMISES LOCATION NUMBER | BUILDING NUMBER | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | BANK OF THE OZARKS<br>PO BOX 702437<br>DALLAS                    TX 75370 |

POLICY NUMBER: 680-2F597898-18-42

BUSINESSOWNERS
ISSUE DATE: 11/01/2018

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT OF MONEY AND SECURITIES LIMITATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A. Schedule**

Theft of Money and Securities Limit: $ 25,000

**B.** The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

**1.** The following is added to Paragraph **A.5.** :

**a.** If "money" and "securities" is otherwise covered at any described premises, the most we will pay for loss or damage by "theft" of any "money" and "securities" in any one occurrence is the limit shown in the schedule above. This limitation does not apply to any otherwise covered loss or damage under the Employee Dishonesty or Forgery or Alteration Additional Coverages.

---

**MP T3 41 02 05**          Copyright, The Travelers Indemnity Company, 2004          Page 1 of 1

POLICY NUMBER: 680-2F597898-18-42

BUSINESSOWNERS
ISSUE DATE: 11/01/2018

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

### SCHEDULE

| Premises Location Number | Building Number | Description of Property |
|---|---|---|
| 001 | 001 | ALL PERISHABLE GOODS |

| Limit of Insurance | Deductible | Refrigeration Maintenance Agreement | Causes of Loss: Breakdown or Contamination | Power Outage | Selling Price |
|---|---|---|---|---|---|
| $5,000 | $250 | | X | X | |

A. The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph A.7.:

    **Spoilage Coverage**

    (1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises and such described premises is shown in the schedule above, you may extend that insurance to apply to direct physical loss of or damage to Perishable Stock caused by or resulting from a covered cause of loss described in Paragraph (3) below and not excluded in Paragraph (4) below.

    (2) This Coverage Extension does not apply to Perishable Stock while located:

        (a) On buildings;

        (b) In the open; or

        (c) In vehicles.

    (3) With respect to this Coverage Extension, covered cause of loss means the follow-

ing only if indicated by an "X" in the schedule above:

    (a) **Breakdown or Contamination**, meaning:

        (i) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

        (ii) Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises shown in the schedule; or

    (b) **Power Outage**, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**MP T9 73 02 05**            Copyright, The Travelers Indemnity Company, 2004            Page 1 of 3

BUSINESSOWNERS

**(4)** The following exclusions apply to this Coverage Extension:

**(a)** We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**(i)** Manual disconnecting of any refrigeration, cooling, heating or humidity control system from the source of electric power;

**(ii)** Terminating of electric power due to throwing or turning off any switch or other device usual to the shutting off of electric power, on the premises shown in the schedule above; or

**(iii)** Intentional decision of an electric utility company or other source of electric power not to provide sufficient power or the inability of such company or source to provide sufficient power, due to lack of fuel, governmental order or lack of generating capacity to meet the demand.

**(b)** Paragraph **B.1.b.** Earth Movement;

**(c)** Paragraph **B.1.c.** Governmental Action;

**(d)** Paragraph **B.1.d.** Nuclear Hazard;

**(e)** Paragraph **B.1.f.** War and Military Action;

**(f)** Paragraph **B.1.g.** Water; and

**(g)** Paragraph **B.1.h.** Neglect.

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**(5)** Under this Coverage Extension, the following coverages also apply:

**(a) Claim Mitigation Expense**

We will pay the reasonable expenses you incur to prevent or reduce loss or damage to the extent that such loss or damage is reduced, but such payment will not increase the applicable Limit of Insurance.

**(b) Clean-up and Disposal**

We will pay your expenses to clean-up and dispose of spoiled Covered Property. Payment for Clean-up and Disposal is included within the Limit of Insurance shown in the schedule above.

**(6)** With respect to this Coverage Extension, if Selling price is indicated by an "X" in the schedule above, the following is added to Paragraph **E.4.**:

We will determine the value of finished Perishable Stock in the event of loss or damage at:

**(a)** The selling price, as if no loss or damage had occurred;

**(b)** Less discounts and expenses you otherwise would have had.

**(7)** With respect to this Coverage Extension, Perishable Stock means personal property:

**(a)** Maintained under controlled conditions for its preservation; and

**(b)** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**(8)** Subject to Paragraph **(9)** below, the most we will pay for loss or damage under this Coverage Extension in any one occurrence is the Limit of Insurance shown in the schedule above.

**(9)** Regardless of the amount of the Businessowners Property Coverage Deductible, we will not pay for loss or damage under this Coverage Extension in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the schedule above. We will then pay the amount of loss or damage in excess of this Deductible, up to the applicable Limit of Insurance.

**(10)** Paragraph **C.2.** does not apply to this Coverage Extension.

**(11) Refrigeration Maintenance Agreement**

**(a)** If:

**(i)** Breakdown or Contamination is designated by an "X" as a covered cause of loss in the schedule above; and

**(ii)** Refrigeration Maintenance Agreement is shown as applica-

ble by an "X" in the schedule above;

then the following condition applies:

You must maintain a Refrigeration Maintenance Agreement as described in Paragraph **(b)** below. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement under the Breakdown or Contamination covered cause of loss will be auto-

matically suspended at the described premises involved.

**(b)** Refrigeration Maintenance Agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the insured location, and the servicing and repair of equipment, including emergency response at the insured location.

# GENERAL LIABILITY

# GENERAL LIABILITY

**DECLARATIONS PREMIUM SCHEDULE**
**Issue Date: 11/01/2018**

**Policy Number: 680-2F597898-18-42**

This Schedule applies to the Declarations for the period of **12/09/2018** to **12/09/2019**.

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| STATE ZIP | CLASS DESCRIPTION/CODE NUMBER | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|
| AR 72211 | CATERING | s 370,639 | 2.394 | 887 |
| AR 72211 | Liquor Liab - Subject to Premium Audit | s 7,919 | 7.148 | 56 |

**Premium Base Legend:**

| Premium Base | How Rates Apply | Premium Base | How Rates Apply |
|---|---|---|---|
| a = area | per 1000 sq. feet | s = gross sales | per $1000 of gross sales |
| c = cost | per $1000 of total cost | u = units | per unit |
| e = employees | per employee | t = | This premium base is reserved |
| m = admissions | per 1000 of admissions | | for unusual applications. Base |
| p = payroll | per $1000 of payroll | | and how rates apply are shown |
| r = receipts | per $1000 of receipts | | above. |

**CG T0 07 04 09**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

**1.** The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

**2.** The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

    **(i)** PERC for a dry cleaning business; or

    **(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

**3.** The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

**4.** The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

# INTERLINE ENDORSEMENTS

# INTERLINE ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following is added to the Common Policy Conditions:

**Multiyear Policies**

We may issue this policy for a term in excess of 12 months with the premium adjusted on an annual basis in accordance with our rates and rules.

**C. 1.** Except as provided in **C.2.** below, the Appraisal Condition, if any, is replaced by the following:

> **a.** If we and you disagree on the value of the property or the amount of loss ("loss"), either party may make a written request for an appraisal of the loss ("loss"). However, an appraisal will be made only if both we and you agree, voluntarily, to have the loss ("loss") appraised. If so agreed, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire.
>
> **b.** An appraisal decision will not be binding on either party.
>
> **c.** If there is an appraisal, we will still retain our right to deny the claim.
>
> **d.** Each party will:
>
> > **(1)** Pay its chosen appraiser; and

> > **(2)** Bear the other expenses of the appraisal and umpire equally.

**C. 2.** The **Appraisal** Condition in Business Income Coverage Form (And Extra Expense) **CP 00 30**, Business Income Coverage Form (Without Extra Expense) **CP 00 32** and Capital Assets Program Coverage Form (Output Policy) **OP 00 01**, Paragraph **A.7. Business Income And Extra Expense**, is replaced by the following:

> **a.** If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either party may make a written request for an appraisal of the loss. However, an appraisal will be made only if both we and you agree, voluntarily, to have the loss appraised. If so agreed, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire.
>
> **b.** An appraisal decision will not be binding on either party.
>
> **c.** If there is an appraisal, we will still retain our right to deny the claim.
>
> **d.** Each party will:
>
> > **(1)** Pay its chosen appraiser; and
>
> > **(2)** Bear the other expenses of the appraisal and umpire equally.

**D. 1.** This Paragraph **D.2.** does not apply to the following:

Farm Liability Coverage Form

Legal Liability Coverage Form

**2.** The two-year limitation in the Legal Action Against Us Condition is changed to five years.

**E.** **1.** This Paragraph **E.2.** does not apply to the following:

Crime and Fidelity Coverage Part

Farm Liability Coverage Form

Legal Liability Coverage Form

Mortgageholders Errors And Omissions Coverage Form

**2.** The following is added to the Transfer Of Rights Of Recovery Against Others To Us Condition:

We will be entitled to recovery only after the insured ("insured") has been fully compensated for the loss ("loss") or damage sustained.

**F.** The following is added to the **Transfer Of Your Rights Of Recovery Against Others To Us** Condition for the Crime and Fidelity Coverage Part:

Notwithstanding the procedures set forth in the **Recoveries** Condition, we will be entitled

to recovery only after the insured has been fully compensated for the loss sustained.

**G.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition in Legal Liability Coverage Form **CP 00 40** and Mortgageholders Errors And Omissions Coverage Form **CP 00 70**:

We will be entitled to recovery only after the insured has been fully compensated for the loss or damage sustained, including expenses incurred in obtaining full compensation for the loss or damage.

**H.** In accordance with ARK. CODE ANN. § 23-88-106, we are providing notice of the following:

Unless otherwise provided by this policy, we may deduct expense depreciation. Expense depreciation is defined as depreciation, including but not limited to the cost of goods, materials, labor and services necessary to replace, repair or rebuild damaged property.

If expense depreciation is applied to a loss for damaged property, the insurer shall provide a written explanation as to how the expense depreciation was calculated.

© Insurance Services Office, Inc., 2017

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**

Page 1 of 1

# IMPORTANT NOTICE – POLICYHOLDER INFORMATION – ARKANSAS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

In the event you need to contact someone about this policy, please contact your agent as shown on your policy or in the material accompanying the policy. If you need additional assistance, you may contact us at the address listed below:

Travelers
One Tower Square
Hartford, CT 06183

Telephone: 1-800-328-2189

If you feel we have failed to provide you with reasonable and adequate service, feel free to contact:

Arkansas Insurance Department
1200 West Third Street
Little Rock, Arkansas 72201

Telephone: (501) 371-2640 or (800) 852-5494

# IMPORTANT INFORMATION FOR MASTER PAC POLICYHOLDERS

Dear Policyholder:

Enclosed is your Travelers Master Pac Renewal Certificate. An asterisk on the Listing of Forms, Endorsements and Schedule Numbers, IL T8 01, indicates forms that are included with this year's renewal. Any forms previously attached to your policy that are not shown on that listing no longer apply.

Please put the Certificate and the attached forms with your policy as soon as possible. If you have misplaced your policy, please contact your agent for a copy.

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

| | |
|---|---|
| **Named Insured:** | RSVP CATERING, LLC |
| **Policy Number:** | 680-2F597898-18-42 |
| **Policy Effective Date:** | 12/09/2018 |
| **Policy Expiration Date:** | 12/09/2019 |
| **Issue Date:** | 03/23/2019 |
| **Premium $** | NIL |

Effective from 03/21/19 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

```
On the Businessowners Coverage Part Declarations (Mortgagees), the
following Mortgage Holder(s) is/are added:
PREM          BLDG        MORTGAGE HOLDER
LOC. NO.      NO.         NAME and MAILING ADDRESS

1             1           COOL PROJECTS, INC.
                          1015 W 2ND ST
                          STE 210
                          LITTLE ROCK, AR 72201


On the Businessowners Coverage Part Declarations (Mortgagees), the
following Mortgage Holder(s) is/are deleted:
PREM          BLDG        MORTGAGE HOLDER
LOC. NO.      NO.         NAME and MAILING ADDRESS

1             1           BANK OF THE OZARKS
                          PO BOX 702437
                          DALLAS, TX 75370


The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
MP T0 20 02 05
IL T0 07 09 87
```

NAME AND ADDRESS OF AGENT OR BROKER
SUNSTAR OF ARKANSAS
11700 CANTRELL RD

LITTLE ROCK                AR   72223

Countersigned by

_____
Authorized Representative

DATE: 03/23/2019

**IL T0 07 09 87**   (Page 1 of 1 )

Office: **TULSA OK**

**POLICY NUMBER:**  680-2F597898-18-42

**EFFECTIVE DATE:**  12/09/2018

**ISSUE DATE:**  03/23/2019


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS


| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | IL T0 25 08 01 | RENEWAL CERTIFICATE |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |


BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| CP 02 99 11 85 | CANCELLATION CHANGES |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T1 68 03 06 | EATING ESTABLISHMENT ENDORSEMENT |
| MP T9 73 02 05 | SPOILAGE COVERAGE |


COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| CG F6 91 09 11 | AR CHNGS - AMEND OCCURRENCE DEFINITION - BI / PD RESULTING FROM  FAULTY WORKMANSHIP |


* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   1   OF   2

**POLICY NUMBER:** 680-2F597898-18-42

**EFFECTIVE DATE:** 12/09/2018

**ISSUE DATE:** 03/23/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |
| CG F4 27 09 08 | ARKANSAS CHANGES DEFINITION OF POLLUTANTS |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 63 10 17 | ARKANSAS CHANGES |
| IL 01 99 09 08 | ARKANSAS CHANGES - TRANSFER RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| IL 02 31 09 08 | ARKANSAS CHANGES - CANCELLATION AND NONRENEWAL |
| IL F0 60 09 07 | ARKANSAS CHANGES - DEFINITION OF POLLUTANTS |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN T4 71 12 09 | IMPORTANT NOTICE-POLCYHOLDER INFO-AR |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

# BUSINESSOWNERS

# BUSINESSOWNERS

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**MORTGAGEES:**

**POLICY NO.:** 680-2F597898-18-42
**ISSUE DATE:** 03/23/2019

| PREMISES LOCATION NUMBER | BUILDING NUMBER | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | COOL PROJECTS, INC.<br>1015 W 2ND ST<br>STE 210<br>LITTLE ROCK                AR 72201 |

**TRAVELERS**

TRAVELERS
707 WEST MAIN ST.   SUITE 300
SPOKANE, WA 99201

08/28/2019

RSVP CATERING, LLC
3801 S BOWMAN RD
LITTLE ROCK AR 72211

**INSURING COMPANY:**

THE TRAVELERS INDEMNITY COMPANY

Policy Number: 680   2F597898                    Renewal Effective Date: 12-09-2019

**THIS IS NOT AN OFFER TO RENEW YOUR POLICY. THIS NOTICE IS INTENDED TO MAKE YOU AWARE OF CERTAIN COVERAGE CHANGES TO YOUR POLICY IF WE RENEW IT. YOUR STATE INSURANCE DEPARTMENT MAY ALSO REQUIRE US TO NOTIFY YOU OF OTHER CHANGES IF WE RENEW IT.**

**IF WE RENEW YOUR POLICY, IT WILL INCLUDE COVERAGE CHANGES FROM YOUR PREVIOUS POLICY. THE IMPORTANT COVERAGE CHANGES ARE IDENTIFIED IN THIS NOTICE. PLEASE READ THIS NOTICE CAREFULLY.**

**IF WE DO NOT RENEW YOUR POLICY, WE WILL PROVIDE YOU WITH NOTICE OF NONRENEWAL CONSISTENT WITH APPLICABLE STATE REQUIREMENTS.**

Dear Valued Policyholder:

We are excited to inform you about changes to the structure of your commercial general liability (CGL) insurance. We are implementing a new proprietary CGL Coverage Form that will update and further simplify our approach to that coverage. Our new CGL coverage form is more closely aligned with ISO's current CGL coverage form, and it includes numerous provisions previously contained in our proprietary mandatory endorsements and several coverage enhancements that have been provided in our commonly used XTEND™ endorsements.  In addition, we have updated many of our CGL endorsements for improved readability and consistency across our portfolio of policy forms.

To complement these CGL policy form changes, we are also transitioning our Liquor Liability (LL) coverage to ISO's current LL coverage form, modified by a proprietary Liquor Liability Amendatory Endorsement. This transition will improve consistency and coordination of CGL and LL coverages.

Your new Travelers CGL policy will contain coverage terms and conditions substantially similar to those in your expiring Travelers CGL policy. Also, in order to make this transition to our new proprietary policy forms as easy as possible for you, we will adjust any claims for CGL coverage under your new policy based upon the terms and conditions of either your expiring policy or your new policy, **whichever are broader**. Likewise, if your expiring policy includes LL coverage and you are renewing that coverage with us, we will adjust any claims for LL coverage under your new policy based upon the terms and conditions of either your expiring policy or your new policy, **whichever are broader**. However, this approach to adjustment of claims for CGL and LL coverage is **subject to the following exceptions:**

**PN M1 41 01 19**          © 2019 The Travelers Indemnity Company. All rights reserved.

- Any differences in the insured locations or insurance schedules, or the identity of named insureds or additional insureds.

- Any reductions in coverage that have been requested by you or your agent or broker or to which you or your agent or broker have agreed during renewal negotiations, or any exposures you have elected to insure elsewhere.

- Any reduction in the amount of the limits of insurance shown in any Declarations or endorsement for your new policy from the amount shown for substantially similar coverage in any Declarations or endorsement for your expiring policy.

- Any increase in the amount of any deductible, self-insured retention, retrospective loss limitation, or coinsurance obligation shown in any Declarations or endorsement for your new policy from the amount shown for substantially similar coverage in any Declarations or endorsement for your expiring policy, or any change from a loss-sensitive to guaranteed-cost rating plan or vice versa.

We will apply this approach to claims adjusted under your first new Travelers policy. Any claim adjusted under a subsequent Travelers policy will be adjusted based only upon the terms and conditions of that policy.

Please review your expiring and new Travelers policies carefully, retain your expiring policy, and contact your agent or broker if you have any questions about this letter. We appreciate your business and thank you for choosing to insure with us.

cc: **SUNSTAR OF ARKANSAS**                    **DBM23**
**10800 FINANCIAL CENTRE PRKWY**
**STE 300**
**LITTLE ROCK AR 72211**

                    © 2019 The Travelers Indemnity Company. All rights reserved.                    **PN M1 41 01 19**



# TRAVELERS

**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

# RESTAURANT PAC

### CATERING



## A Custom Insurance Policy Prepared for:

RSVP CATERING, LLC
3801 S BOWMAN RD
LITTLE ROCK AR 72211

**Presented by:  SIMMONS FIRST INS SRVS**


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**COMMON POLICY DECLARATIONS**
RESTAURANT PAC PLUS
**BUSINESS:** CATERING

**POLICY NO.:** 680-2F597898-17-42
**ISSUE DATE:** 10/27/2017

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

1. **NAMED INSURED AND MAILING ADDRESS:**
   RSVP CATERING, LLC
   3801 S BOWMAN RD
   LITTLE ROCK AR 72211

2. **POLICY PERIOD:** From 12/09/2017 to 12/09/2018 12:01 A.M. Standard Time at your mailing address.

3. **DESCRIPTION OF PREMISES:**

| PREM. LOC. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 001 | 001 | CATERING | 3801 S BOWMAN RD |
| | | | LITTLE ROCK          AR   72211 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

| COVERAGE PARTS and SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | IND |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorse-ments for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:**                    SUBJECT TO AUDIT

| | | |
|---|---|---|
| Provisional Premium | $ | 6,062.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER          COUNTERSIGNED BY:

SIMMONS FIRST INS SRVS          DBM23
11700 CANTRELL RD

LITTLE ROCK          AR 72223
**IL T0 19 02 05**   (Page 1 of  01)
Office: **TULSA OK**          **DOWN**

_____
Authorized Representative
DATE: 10/27/2017
_____

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

## RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
RESTAURANT PAC PLUS
BUSINESS: CATERING

**POLICY NO.:** 680-2F597898-17-42
**ISSUE DATE:** 10/27/2017

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

1. **NAMED INSURED AND MAILING ADDRESS:**
   RSVP CATERING, LLC
   3801 S BOWMAN RD
   LITTLE ROCK AR 72211

2. **POLICY PERIOD:** From 12/09/2017 to 12/09/2018 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) | | |
|-----------|-----------|-----------|------------------|---|---|
| 001 | 001 | CATERING | 3801 S BOWMAN RD | | |
| | | | LITTLE ROCK | AR | 72211 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | IND |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorse - ments for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:**                      SUBJECT TO AUDIT

| | | |
|---|---|---|
| Provisional Premium | $ | 6,062.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER          COUNTERSIGNED BY:

SIMMONS FIRST INS SRVS          DBM23
11700 CANTRELL RD

LITTLE ROCK          AR 72223

IL T0 25 08 01   (Page 1 of  01)
Office: TULSA OK          DOWN

_____
Authorized Representative

DATE: 10/27/2017

 **TRAVELERS** 　　　　　　　　　　　One Tower Square, Hartford, Connecticut 06183

**BUSINESSOWNERS COVERAGE PART DECLARATIONS**
RESTAURANT PAC PLUS

**POLICY NO.:** 680-2F597898-17-42
**ISSUE DATE:** 10/27/2017

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

POLICY PERIOD:
From 12-09-17 to 12-09-18 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  LIMITED LIAB CORP

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a
"limit" or the word "included" is shown.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $ 2,000,000 |
| Products-completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to You | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

### BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage:  $ 1,000 per occurrence.
　　　　　　　　　　　　Building Glass:  $ 1,000 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:  Actual loss subject to a maximum limit of
　　　　　　　　　　　　　　　　　　　$  177,432
Period of Restoration-Time Period:    Immediately

ADDITIONAL COVERAGE:
ADDITIONAL COVERAGE:
　　Fine Arts:　　　　　　　　$　　　25,000

Other additional coverages apply and may be changed by an endorsement.   Please
read the policy.

SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05   (Page 1 of 3)

## BUSINESSOWNERS PROPERTY COVERAGE

**PREMISES LOCATION NO.:**  001          **BUILDING NO. :**  001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUILDING | $ | 297,670 | RC* | N/A | 0.0% |
| *Replacement Cost | | | | | |
| | | | | | |
| BUSINESS PERSONAL PROPERTY | $ | 154,500 | RC* | N/A | 0.0% |
| *Replacement Cost | | | | | |

COVERAGE EXTENSIONS:

| | | |
|---|---|---|
| Accounts Receivable | $ | 25,000 |
| Valuable Papers | $ | 25,000 |

Other  coverage extensions apply and may be changed by an endorsement.  Please read
the policy.

**MP T0 01 02 05   (Page 2 of 3)**

**POLICY NUMBER:** 680-2F597898-17-42

**EFFECTIVE DATE:** 12/09/2017

**ISSUE DATE:** 10/27/2017


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| IL T0 25 08 01 | RENEWAL CERTIFICATE |
| MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| CP 02 99 11 85 | CANCELLATION CHANGES |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T1 68 03 06 | EATING ESTABLISHMENT ENDORSEMENT |
| MP T9 73 02 05 | SPOILAGE COVERAGE |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| CG F6 91 09 11 | AR CHNGS - AMEND OCCURRENCE DEFINITION - BI / PD RESULTING FROM  FAULTY WORKMANSHIP |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |

**IL T8 01 01 01**

PAGE:   1   OF   2

**POLICY NUMBER:** 680-2F597898-17-42

**EFFECTIVE DATE:** 12/09/2017

**ISSUE DATE:** 10/27/2017

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |
| CG F4 27 05 06 | ARKANSAS CHANGES - DEFINITION OF POLLUTANTS |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 63 05 17 | ARKANSAS CHANGES |
| IL 01 99 09 08 | ARKANSAS CHANGES - TRANSFER RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| IL 02 31 09 08 | ARKANSAS CHANGES - CANCELLATION AND NONRENEWAL |
| IL F0 60 09 07 | ARKANSAS CHANGES - DEFINITION OF POLLUTANTS |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |

IL T8 01 01 01

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

**IL T3 15 09 07** (Rev. 03-11) Includes the copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 2

Travelers Doc Mgmt   43 of 186

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. BUSINESSOWNERS COVERAGE PART – REFERENCES TO FORMS AND ENDORSEMENTS**

In some instances, the Common Policy Declarations may list endorsements included in the Businessowners Coverage Part that reference:

1. The Commercial Property Coverage Part;

2. The Commercial General Liability or Liquor Liability Coverage Part; or

3. Standard Property forms including, but not limited to, the following:

   **a.** Building and Personal Property Coverage Form;

   **b.** Business Income Coverage Form;

   **c.** Commercial Property Conditions;

   **d.** Condominium Association Coverage Form;

   **e.** Condominium Commercial Unit-Owners Coverage Form;

   **f.** Causes of Loss Basic Form;

   **g.** Causes of Loss Special Form; and

   **h.** Causes of Loss Earthquake Form.

   Endorsements referencing the Commercial Property Coverage Part or the Standard Property Forms referenced above apply to the Businessowners Property Coverage Special Form in the same manner as they apply to the forms they reference.

   Endorsements referencing the Commercial General Liability Coverage Part apply to the Commercial General Liability Coverage Form (included in the Businessowners Coverage Part) in the same manner as they apply to the form they reference.

**H. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is counter-signed by the officers listed below:

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)
Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

Includes the copyrighted material of Insurance Services Office, Inc. with its permission.   **IL T3 15 09 07** (Rev. 03-11)



**TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

**MORTGAGEES:**

**POLICY NO.:**  680-2F597898-17-42
**ISSUE DATE:**  10/27/2017

| PREMISES LOCATION NUMBER | BUILDING NUMBER | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | BANK OF THE OZARKS<br>PO BOX 702437<br>DALLAS                    TX 75370 |

## TABLE OF CONTENTS

# BUSINESSOWNERS COVERAGE PART
# DELUXE PLAN

The following indicates the contents of the principal forms which may be attached to your policy. It contains no reference to the Declarations or Endorsements which also may be attached.

## BUSINESSOWNERS PROPERTY COVERAGE
## SPECIAL FORM MP T1 02

Beginning on Page

COVERAGE ............................................................................................................... 1

    Covered Property ............................................................................................ 1
    Property Not Covered...................................................................................... 2
    Business Income and Extra Expense.............................................................. 2
    Covered Causes of Loss ................................................................................ 3
    Limitations ...................................................................................................... 3
    Additional Coverages ..................................................................................... 4
    Coverage Extensions ..................................................................................... 11

EXCLUSIONS ........................................................................................................... 22

LIMITS OF INSURANCE ........................................................................................... 26

    Inflation Guard ............................................................................................... 26
    Business Personal Property Limit — Seasonal Increase................................ 27

DEDUCTIBLES ......................................................................................................... 27

PROPERTY LOSS CONDITIONS.............................................................................. 27

    Abandonment ................................................................................................. 27
    Appraisal......................................................................................................... 27
    Duties in the Event of Loss or Damage .......................................................... 27
    Loss Payment — Building and Personal Property .......................................... 28
    Loss Payment — Business Income and Extra Expense ................................. 31
    Recovered Property ....................................................................................... 32
    Noncumulative Limit ...................................................................................... 32

COMMERCIAL PROPERTY CONDITIONS................................................................ 32

    Concealment, Misrepresentation or Fraud .................................................... 32
    Control of Property ......................................................................................... 32
    Insurance Under Two or More Coverages ...................................................... 33
    Legal Action Against Us ................................................................................. 33
    Liberalization .................................................................................................. 33
    No Benefit to Bailee ....................................................................................... 33
    Other Insurance ............................................................................................. 33
    Policy Period, Coverage Territory................................................................... 33
    Transfer of Rights of Recovery Against Others to Us ..................................... 33
    Coinsurance ................................................................................................... 33
    Mortgageholders ........................................................................................... 34

PROPERTY  DEFINITIONS ....................................................................................... 35

# BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph G – PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the type of property described in this Paragraph **A.1.**, and limited in Paragraph **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building**, meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fences;

**(3)** Fixtures, including outdoor fixtures;

**(4)** Retaining walls, whether or not attached;

**(5)** Permanently attached:

**(a)** Machinery; and

**(b)** Equipment;

**(6)** Outdoor swimming pools;

**(7)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings;

**(d)** Lobby and hallway furnishings;

**(e)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(f)** Lawn maintenance and snow removal equipment; and

**(g)** Alarm systems; and

**(8)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure; and

**(b)** Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Business Personal Property** located in or on the buildings described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

**(1)** Property owned by you and used in your business;

**(2)** Property of others that is in your care, custody or control;

**(3)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you rent, lease or occupy but do not own; and

**(b)** You acquired or made at your expense but are not permitted to remove; and

**(4)** "Money" and "Securities".

### 2. Property Not Covered

Unless the following is added by endorsement to this Coverage Form, Covered Property does not include:

BUSINESSOWNERS

**a.** Aircraft;

**b.** Automobiles held for sale;

**c.** Vehicles or self-propelled machines that are:

   **(1)** Licensed for use on public roads; or

   **(2)** Operated principally away from the described premises;

   This paragraph does not apply to:

   **(1)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   **(2)** Vehicles or self-propelled machines, other than autos, you hold for sale; or

   **(3)** Trailers or semi-trailers, except as provided in the Non-Owned Detached Trailers Coverage Extension.

**d.** Dams or dikes;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavating, grading, backfilling or filling (except those costs made necessary due to repair of buildings insured under this Coverage Form from a Covered Cause of Loss), reclaiming or restoring land or water;

**g.** Water or land whether in its natural state or otherwise (including land on which the property is located), land improvements, growing crops or standing timber;

**h.** Outdoor trees, shrubs, plants and lawns, other than "stock" except as provided in the Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension.

**i.** The following property while outside of the buildings:

   **(1)** Bridges, walks, roadways, patios or other paved surfaces; or

   **(2)** Outdoor radio or television antennas, (including satellite dishes) and including their lead-in wiring, masts or towers;

   except as provided in the Outdoor Property Coverage Extension;

**j.** Watercraft (including motors, equipment and accessories) while afloat;

**k.** Accounts and bills, except as provided in the Accounts Receivable Coverage Extension;

**l.** "Valuable Papers and Records", except as provided in the Valuable Papers and Records Coverage Extension;

**m.** Property that is covered under another Coverage Form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**n.** "Fine Arts" except as provided in the Fine Arts Additional Coverage;

**o.** Bullion, gold, silver, platinum and other precious alloys or metals, except if they are used in your "operations" (theft limitation applies);

**p.** "Electronic Data Processing Equipment" (not including "stock") except as provided in the Electronic Data Processing Coverage Extension;

**q.** "Electronic Data Processing Data and Media" (not including "stock") except as provided in the Electronic Data Processing Coverage Extension or in the Accounts Receivable Coverage Extension; or

**r.** Outdoor signs, except as provided in the Signs Coverage Extension.

**3.** **Business Income and Extra Expense**

Business Income and Extra Expense is provided at the premises described in the Declarations when the Declarations show that you have coverage for Business Income and Extra Expense.

**a.** **Business Income**

   **(1)** Business Income means:

   **(a)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred, including:

   **(i)** "Rental Value"; and

   **(ii)** "Maintenance Fees", if you are a condominium association; and

   **(b)** Continuing normal operating expenses incurred, including payroll.

   **(2)** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be

caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(3) With respect to the requirements set forth in Paragraph **(2)** above, if you rent, lease or occupy only part of the site at which the described premises are located, the described premises means:

    (a) The portion of the building which you rent, lease or occupy; and

    (b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**b. Extra Expense**

(1) Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property caused by or resulting from a Covered Cause of Loss.

(2) We will pay Extra Expense (other than the expense to repair or replace property) to:

    (a) Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement premises or temporary locations; or

    (b) Minimize the "suspension" of business if you cannot continue "operations".

(3) We will also pay Extra Expense (including Expediting Expenses) to repair or replace the property, but only

to the extent it reduces the amount of loss that otherwise would have been payable under Paragraph **a.** Business Income, above.

**c. Extended Business Income**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under Paragraph **a.** Business Income above, we will also pay for the actual loss of Business Income you sustain during the period that:

(1) Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

(2) Ends on the earlier of:

    (a) The date you could restore your "operations" with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage occurred; or

    (b) Sixty consecutive days after the date determined in Paragraph **(1)** above.

However, this extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**d.** If the Declarations show for Business Income and Extra Expense:

(1) Actual loss for 12 consecutive months, then we will pay for loss of Business Income and Extra Expense that occurs within 12 consecutive months following the date of direct physical loss or damage; or

(2) Actual loss up to 12 consecutive months subject to a maximum dollar limit, then we will pay for loss of Business Income and Extra Expense that occurs within 12 consecutive months following the date of direct physical loss or damage, subject to the limit shown in any one occurrence.

**4. Covered Causes of Loss**

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

BUSINESSOWNERS

**a.** Limited in Paragraph **A.5.**, Limitations; or

**b.** Excluded in Paragraph **B.**, Exclusions.

**5. Limitations**

**a.** We will not pay for loss of or damage to:

**(1)** The "interior of any building or structure" or to personal property in the building or structure, caused by rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(2)** Steam boilers, steam pipes, steam engines, or steam turbines, caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(3)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than explosion.

**b.** We will not pay for loss of or damage to the following types of property unless caused by any of the "specified causes of loss" or building glass breakage:

**(1)** Live animals, birds or fish, and then only if they are killed or their destruction is made necessary.

**(2)** Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This limitation does not apply to:

**(a)** Glass that is part of the exterior or interior of a building or structure;

**(b)** Containers of property held for sale; or

**(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by "theft", the most we will pay in any one occurrence for the following types of property is:

**(1)** $2,500 for all furs, fur garments and garments trimmed with fur.

**(2)** $5,000 for all jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $500 or less per item.

**(3)** $2,500 for all patterns, dies, molds and forms.

**d.** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss, if the building where loss or damage occurs has been "vacant" for more than 60 consecutive days before that loss or damage occurs:

**(1)** Vandalism;

**(2)** Sprinkler Leakage, unless you have protected the system against freezing;

**(3)** Building glass breakage;

**(4)** Discharge or leakage of water;

**(5)** "Theft"; or

**(6)** Attempted "theft".

With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)** through **(6)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**e.** Coverage for Business Income and Extra Expense does not apply to any loss or increase in loss caused by direct physical loss of or damage to "Electronic Data Processing Data and Media", except as provided in the Interruption of Computer Operations Coverage Extension.

**6. Additional Coverages**

Unless otherwise stated, payments made under the following Additional Coverages are in addition to the applicable Limits of Insurance.

Copyright, The Travelers Indemnity Company, 2004

**MP T1 02 02 05**

**a. Arson and Theft Reward**

    **(1)** We will pay for reasonable expenses you incur for rewards that lead to:

        **(a)** An arson conviction in connection with a covered fire or explosion loss, or

        **(b)** A "theft" conviction in connection with a covered "theft" loss.

    **(2)** The most we will pay under this Additional Coverage in connection with a particular loss is $5,000.

**b. Claim Data Expense**

    **(1)** We will pay the reasonable expenses you incur in preparing claim data when we require such data to show the extent of loss. This includes the cost of taking inventories, making appraisals, preparing income statements, and preparing other documentation.

    **(2)** Under this Additional Coverage, we will not pay for:

        **(a)** Any expenses incurred, directed, or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

        **(b)** Any costs in connection with Paragraph **E.2.**, Appraisal; or

        **(c)** Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

    **(3)** The most we will pay for preparation of claim data under this Additional Coverage in any one occurrence is $5,000 regardless of the number of premises involved.

**c. Debris Removal**

    **(1)** We will pay your expense to remove debris of Covered Property, other than outdoor trees, shrubs, plants and lawns as described in the Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension, caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writ-

ing within 180 days of the date of direct physical loss or damage.

    **(2)** Debris Removal does not apply to costs to:

        **(a)** Extract "pollutants" from land or water; or

        **(b)** Remove, restore or replace polluted land or water.

    **(3)** Except as provided in Paragraph **(4)** below, payment for Debris Removal is included within the applicable Limit of Insurance shown in the Declarations. The most we will pay under this Additional Coverage is 25% of:

        **(a)** The amount we pay for the direct physical loss or damage to Covered Property; plus

        **(b)** The deductible in this Coverage Form applicable to that loss or damage.

    **(4)** When the debris removal expense exceeds the 25% limitation in Paragraph **(3)** above or when the sum of the debris removal expense and the amount we pay for the direct physical loss of or damage to Covered Property exceeds the applicable Limit of Insurance, we will pay up to an additional $25,000 for debris removal expense in any one occurrence, at each described premises.

**d. Employee Dishonesty**

    **(1)** We will pay for loss of or damage to Covered Property resulting directly from "employee dishonesty".

    We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates year to year or period to period.

    **(2)** Paragraphs **B.2.h.** and **B.2.o.** do not apply to this Additional Coverage.

    **(3)** We will not pay for loss resulting from the dishonest acts of any "employee" if coverage for that "employee" was either cancelled or excluded from any previous insurance policy of yours

**BUSINESSOWNERS**

providing "employee dishonesty" coverage.

**(4)** This Additional Coverage is cancelled as to any "employee" immediately upon discovery by:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee",

of any fraudulent dishonest act committed by that "employee" before or after being employed by you.

**(5)** We will pay for covered loss or damage only if discovered no later than one year from the end of the Policy Period.

**(6)** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $25,000.

**(7)** With respect to this Additional Coverage, occurrence means all loss or damage caused by or involving the same "employee(s)" whether the result of a single act or series of acts.

**(8)** If, during the period of any prior "Employee Dishonesty" insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage, subject to the following:

**(a)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss or damage would have been covered by this insurance had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(9)** The insurance provided under Paragraph **(8)** above is part of, not in addition to the Limit of Insurance described in Paragraph **(6)** above and is limited to the lesser of the amount recoverable under:

**(a)** This Additional Coverage, as of its effective date; or

**(b)** The prior "Employee Dishonesty" insurance, had it remained in effect.

**e. Expediting Expenses**

**(1)** In the event of direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss, we will pay for the reasonable and necessary additional expenses you incur to make temporary repairs, expedite permanent repairs, or expedite permanent replacement, at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting expenses do not include expenses you incur for the temporary rental of property or temporary replacement of damaged property.

**(2)** With respect to this Additional Coverage, "breakdown" to "covered equipment" will not be considered a Covered Cause of Loss, even if otherwise covered elsewhere in this Coverage Form.

**(3)** The most we will pay under this Additional Coverage in any one occurrence is $25,000, regardless of the number of premises involved.

**f. Fine Arts**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, we will pay for direct physical loss of or damage to "fine arts" which are owned by:

**(a)** You; or

**(b)** Others and in your care, custody, or control;

caused by or resulting from a Covered Cause of Loss, including while on exhibit, anywhere within the Coverage Territory.

**(2)** The breakage limitation under Paragraph **A.5.b.(2)** does not apply to this Additional Coverage.

   Copyright, The Travelers Indemnity Company, 2004   **MP T1 02 02 05**

(3) The following exclusions apply to this Additional Coverage:

(a) We will not pay for loss or damage caused by or resulting from wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration, insects, birds, rodents or other animals;

(b) We will not pay for loss or damage caused by or resulting from dampness or dryness of atmosphere, or changes in or extremes of temperature;

(c) We will not pay for loss or damage caused by or resulting from any repairing, restoration or retouching process;

(d) We will not pay for loss or damage caused by or resulting from faulty packing;

(e) Paragraph **B.1.b.** Earth Movement;

(f) Paragraph **B.1.c.** Governmental Action;

(g) Paragraph **B.1.d.** Nuclear Hazard;

(h) Paragraph **B.1.f.** War and Military Action;

(i) Paragraph **B.1.g.** Water;

(j) Paragraph **B.1.h.** Neglect; and

(k) Paragraph **B.2.g.**

No other exclusions in Paragraph **B.** Exclusions apply to this Additional Coverage. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Additional Coverage.

(4) The most we pay for loss or damage under this Additional Coverage in any one occurrence is $25,000, or the amount shown in the Declarations for "fine arts", whichever is greater. This limit applies regardless of the number of premises involved.

**g. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 in any one occurrence for your

liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

**h. Fire Protective Equipment Discharge**

(1) If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

(a) Refill or recharge the system with the extinguishing agents that were discharged; and

(b) Replace or repair faulty valves or controls which caused the discharge.

(2) The most we will pay under this Additional Coverage in any one occurrence is $10,000, regardless of the number of premises involved.

**i. Forgery or Alteration**

(1) We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in money that are made or drawn by or drawn upon you, or made or drawn by one acting as an agent or purported to have been so made or drawn.

We will consider signatures that are produced or reproduced electronically, mechanically or by facsimile the same as handwritten signatures.

We will pay for loss that you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

(2) We will not pay for loss resulting from any dishonest or criminal acts committed by you or any of your partners, "employees", "members", "managers", officers, directors or trustees whether acting alone or in collusion with other persons.

BUSINESSOWNERS

(3) We will pay for covered loss discovered no later than one year from the end of the Policy Period.

(4) The most we will pay for loss under this Additional Coverage in any one occurrence is $25,000, regardless of the number of premises involved.

(5) With respect to this Additional Coverage, occurrence means all loss caused by any person, or in which that person is concerned or implicated, either resulting from a single act or any number of such acts, whether the loss involves one or more instruments.

(6) If, during the period of any prior Forgery or Alteration insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage provided:

(a) This insurance became effective at the time of cancellation or termination of the prior insurance; and

(b) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

(7) The insurance provided under Paragraph (6) above is part of, and not in addition to the limit described in Paragraph (4) above and is limited to the lesser of the amount recoverable under:

(a) This Additional Coverage up to the applicable Limit of Insurance under this Coverage Form, as of its effective date; or

(b) The prior Forgery or Alteration insurance, had it remained in effect.

(8) If you are sued for refusing to pay any covered instrument described in Paragraph (1) above on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay for these legal expenses will be part of and not in addition to the limit described in Paragraph (4) above.

**j.   Newly Acquired or Constructed Property**

(1) **Buildings**

(a) We will pay for direct physical loss of or damage to the following property caused by or resulting from a Covered Cause of Loss:

(i) Your:

a) New buildings while being built on a premises shown in the Declarations;

b) New buildings while being built on newly acquired premises; and

c) Materials, equipment, supplies and temporary structures used in connection with such buildings while they are being built; or

(ii) Buildings you acquire by purchase or lease at any premises, including those premises shown in the Declarations.

(b) The most we will pay for loss of or damage to newly constructed buildings or newly acquired buildings under this Additional Coverage in any one occurrence is $500,000 at each premises.

(2) **Business Personal Property**

(a) When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, we will pay for direct physical loss of or damage to the following property caused by or resulting from a Covered Cause of Loss:

(i) Business Personal Property, including such property that you newly acquire, at a build-

ing you acquire by purchase or lease at any premises, including those premises shown in the Declarations; and

(ii) Business Personal Property that you newly acquire at a described premises.

(b) The most we will pay for loss of or damage to Business Personal Property under this Additional Coverage in any one occurrence is $250,000 at each premises.

**(3) Period Of Coverage**

(a) With respect to insurance under this Additional Coverage, coverage will end when any of the following first occurs:

(i) This policy expires;

(ii) 180 days expire after you acquire the property or begin to construct the property;

(iii) You report values to us; or

(iv) The property is more specifically insured.

(b) We will charge you additional premium for values reported to us from the date construction begins or you acquire the property.

**k. Ordinance or Law**

(1) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay for:

(a) Loss in value of the undamaged portion of the building as a consequence of enforcement of the minimum requirements of any ordinance or law that requires the demolition of undamaged parts of the same building;

(b) Demolition cost, meaning the cost to demolish and clear the site of undamaged parts of the same building as a consequence of enforcement of the minimum requirements of any ordinance or law that required demolition of such undamaged property; and

(c) The increased cost of construction, meaning the increased cost to repair, rebuild or construct the property as a consequence of enforcement of the minimum requirements of any ordinance or law. This increased cost of construction coverage applies only if:

(i) The building is insured for replacement cost;

(ii) The building is repaired, rebuilt or reconstructed; and

(iii) The repaired, rebuilt or reconstructed building is intended for similar occupancy as the current building, unless otherwise required by zoning or land use ordinance or law.

(2) The ordinance or law referred to in this Additional Coverage is an ordinance or Law that:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of the loss.

(3) We will not pay under this Additional Coverage for:

(a) Loss due to any ordinance or law that:

(i) You were required to comply with before the loss, even if the building was undamaged; and

(ii) You failed to comply with; or

(b) Costs associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(4) Paragraph **B.1.a.** does not apply to this Additional Coverage.

(5) Subject to the limit described in Paragraph **(6)** below:

(a) The insurance provided under this Additional Coverage for loss in value to the undamaged portion of the building is limited as follows:

BUSINESSOWNERS

**(i)** If Replacement Cost Coverage applies and the building is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

   **a)** The amount you actually spend to repair, rebuild or reconstruct the undamaged portion of the building; or

   **b)** The amount it would cost to restore the undamaged portion of the building on the same premises and to the same height, floor area, style and comparable quality of the original undamaged portion of the building; or

**(ii)** If Replacement Cost Coverage applies and the building is not repaired or replaced, or if Replacement Cost Coverage does not apply, we will not pay more than the actual cash value of the undamaged portion of the building at the time of loss.

**(b)** We will not pay more for demolition costs than the amount you actually spend to demolish and clear the site of the described premises.

**(c)** The insurance provided under this Additional Coverage for increased cost of construction is limited as follows:

**(i)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay is the increased cost of construction at the same premises; or

**(ii)** If the ordinance or law requires relocation to another premises, the most we will pay is the increased cost of construction at the new premises.

**(6)** The most we will pay for loss under this Additional Coverage for the total of all coverages described in Paragraph **(1)** above in any one occurrence is $25,000 at each described premises.

**l.   Outdoor Trees, Shrubs, Plants and Lawns**

**(1)** We will pay for direct physical loss of or damage to outdoor trees, shrubs, plants (other than "stock" of trees, shrubs or plants) and lawns located at the described premises caused by or resulting from a Covered Cause of Loss.

**(2)** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $3,000 at each described premises.

**(3)** Debris removal, because of covered loss or damage to outdoor trees, shrubs, plants and lawns, is included within the limits described in Paragraph **(2)** above.

**m.  Pollutant Cleanup and Removal**

**(1)** We will pay your necessary and reasonable expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a "specified cause of loss" which occurs:

   **(a)** At the described premises;

   **(b)** To Covered Property; and

   **(c)** During the policy period.

**(2)** The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the "specified cause of loss" occurs.

**(3)** This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

**(4)** The most we will pay under this Additional Coverage is $25,000 for the sum of all covered expenses arising

Copyright, The Travelers Indemnity Company, 2004

out of all Covered Causes of Loss occurring during each separate 12 month period of this policy beginning with the effective date of this policy. This amount applies regardless of the number of premises involved.

**n. Preservation of Property**

(1) If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for:

(a) Any direct physical loss of or damage to such property while:

(i) Being moved; or

(ii) Temporarily stored at another location only if the loss or damage occurs within 90 days after the property is first moved; and

(b) The costs incurred to:

(i) Remove such property from the described premises; and

(ii) Return such property to the described premises.

(2) Coverage under this Additional Coverage will end when any of the following first occurs:

(a) When the policy is amended to provide insurance at the new location;

(b) The property is returned to the original described premises;

(c) 90 days expire after the property is first moved; or

(d) This policy expires.

(3) Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**o. Temporary Relocation of Property**

(1) If Covered Property is removed from the described premises and stored temporarily at a location you own, lease or operate while the described premises is being renovated or remodeled, we will pay for direct physical loss of or damage to that stored property:

(a) Caused by or resulting from a Covered Cause of Loss;

(b) Up to $50,000 at each temporary location in any one occurrence; and

(c) During the storage period of up to 90 consecutive days but not beyond expiration of this policy.

(2) This Additional Coverage does not apply if the stored property is more specifically insured.

**p. Water Damage, Other Liquids, Powder or Molten Material Damage**

(1) If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

(2) We will not pay the cost to repair any defect to a system or appliance from which the water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(a) Results in discharge of any substance from an automatic fire protection system; or

(b) Is directly caused by freezing.

(3) Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**7. Coverage Extensions**

Unless otherwise stated, payments made under the following Coverage Extensions are subject to and not in addition to the applicable Limits of Insurance.

**a. Accounts Receivable**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to loss, as described in Paragraph (2) below, due to direct physical loss of or damage to your

BUSINESSOWNERS

records of accounts receivable (including those on electronic data processing media) caused by or resulting from a Covered Cause of Loss. Credit card company media will be considered accounts receivable until delivered to the credit card company.

**(2)** We will pay for:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

**(3)** The following exclusions apply to this Coverage Extension:

**(a)** We will not pay for loss caused by or resulting from bookkeeping, accounting or billing errors or omissions;

**(b)** We will not pay for loss that requires an audit of records or any inventory computation to prove its factual existence;

**(c)** We will not pay for loss caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. But this exclusion applies only to the extent of the wrongful giving, taking or withholding;

**(d)** Paragraph **B.1.b.** Earth Movement;

**(e)** Paragraph **B.1.c.** Governmental Action;

**(f)** Paragraph **B.1.d.** Nuclear Hazard;

**(g)** Paragraph **B.1.f.** War and Military Action;

**(h)** Paragraph **B.1.g.** Water;

**(i)** Paragraph **B.1.h.** Neglect; and

**(j)** Paragraph **B.2.g.**

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**(4)** The most we will pay under this Coverage Extension for loss of or damage to records of accounts receivable in any one occurrence while in transit or at a premises other than the described premises is $25,000.

**(5)** The most we will pay under this Coverage Extension for loss of or damage to records of accounts receivable in any one occurrence at each described premises is $25,000 or the amount shown in the Declarations for Accounts Receivable, whichever is greater.

**(6)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**b.** **Appurtenant Buildings and Structures**

**(1)** When a Limit of Insurance is shown in the Declarations for Building at the described premises, you may extend that insurance to apply to direct physical loss of or damage to incidental appurtenant buildings or structures, within 1,000 feet of that described premises, caused by or resulting from a Covered Cause of Loss.

**(2)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to Business Personal Property within incidental appurtenant buildings or structures within 1,000 feet of that described premises, caused by or resulting from a Covered Cause of Loss.

Copyright, The Travelers Indemnity Company, 2004

**(3)** Incidental appurtenant buildings or structures include:

    **(a)** Storage buildings;

    **(b)** Carports;

    **(c)** Garages;

    **(d)** Pump houses; or

    **(e)** Above ground tanks;

    which have not been specifically described in the Declarations.

**(4)** The most we will pay for loss or damage under this Coverage Extension in any one occurrence for any combination of loss of or damage to Building and Business Personal Property is $50,000, regardless of the number of described premises involved.

**(5)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**c. Building Glass**

**(1)** If:

    **(a)** You are the building owner; and

    **(b)** A Limit of Insurance is shown in the Declarations for Building at the described premises;

    you may extend that insurance to apply to direct physical loss of or damage to all exterior and interior building glass caused by or resulting from a Covered Cause of Loss, including glass breakage and damage to glass by chemicals accidentally or maliciously applied to glass.

**(2)** If:

    **(a)** You are a tenant;

    **(b)** A Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises; and

    **(c)** You are contractually obligated to repair or replace building glass at the described premises;

    you may extend that insurance to apply to direct physical loss of or damage to all exterior and interior building glass caused by or resulting from a Covered Cause of Loss, including glass breakage and damage to glass

by chemicals accidentally or maliciously applied to glass.

**(3)** We will also pay for necessary expenses in connection with loss or damage covered in Paragraphs **(1)** or **(2)** above, incurred by you to:

    **(a)** Put up temporary plates or board up openings;

    **(b)** Repair or replace encasing frames; and

    **(c)** Remove or replace obstructions.

**(4)** The following exclusions apply to this Coverage Extension:

    **(a)** We will not pay for loss or damage caused by or resulting from:

        **(i)** Wear and tear;

        **(ii)** Hidden or latent defect;

        **(iii)** Corrosion; or

        **(iv)** Rust;

    **(b)** Paragraph **B.1.b.** Earth Movement;

    **(c)** Paragraph **B.1.c.** Governmental Action;

    **(d)** Paragraph **B.1.d.** Nuclear Hazard;

    **(e)** Paragraph **B.1.f.** War and Military Action; and

    **(f)** Paragraph **B.1.g.** Water.

    No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**d. Business Income and Extra Expense From Dependent Property**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage at the premises of a Dependent Property, caused

**BUSINESSOWNERS**

by or resulting from a Covered Cause of Loss.

**(2)** Dependent Property means property operated by others whom you depend on to:

**(a)** Deliver materials or services (other than "water supply services", "communication supply services" or "power supply services") to you, or to others for your account (Contributing Locations);

**(b)** Accept your products or services (Recipient Locations);

**(c)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

**(d)** Attract customers to your business (Leader Locations).

**(3)** With respect to this Coverage Extension, the "period of restoration":

**(a)** Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the Dependent Property;

**(b)** Ends on the date when the property at the premises of the Dependent Property should be repaired, rebuilt or replaced with reasonable speed and similar quality; and

**(c)** Does not include any increased period required due to the enforcement of any ordinance or law that:

**(i)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(ii)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4)** This Coverage Extension:

**(a)** Applies to Dependent Property premises located within the Coverage Territory; and

**(b)** Does not apply when you have more specific insurance under any other policy.

**(5)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations" in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(6)** The most we will pay for Business Income and Extra Expense under this Coverage Extension in any one occurrence is $10,000, regardless of the number of described premises or number of Dependent Properties involved.

**(7)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**e.** **Business Income and Extra Expense – Newly Acquired Premises**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage caused by or resulting from a Covered Cause of Loss at any premises you newly acquire by purchase or lease (other than at fairs, trade shows or exhibitions).

**(2)** The most we will pay under this Coverage Extension for the sum of Business Income and Extra Expense you incur in any one occurrence is $250,000 at each newly acquired premises.

**(3)** Insurance under this Coverage Extension for each newly acquired

premises will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 90 days expire after you acquire that premises;

**(c)** You report that premises to us; or

**(d)** The Business Income or Extra Expense is more specifically insured.

We will charge you additional premium for premises reported from the date you acquire that premises.

**(4)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**f. Business Personal Property Off Premises**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss while:

**(a)** In the course of transit to or from the described premises; or

**(b)** Temporarily away from the described premises, and:

**(i)** At a premises you do not own, lease or operate; or

**(ii)** At any fair, trade show or exhibition at a premises you do not own or regularly occupy.

**(2)** This Coverage Extension does not apply to property:

**(a)** While in the custody of the United States Postal Service;

**(b)** Rented or leased to others;

**(c)** After delivery to customers;

**(d)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition;

**(e)** Temporarily at a premises for more than 60 consecutive days, except "money" and "securities" at a "banking premises";

**(f)** Otherwise covered under the Fine Arts Additional Coverage; or

**(g)** Otherwise covered under the following Coverage Extensions:

**(i)** Accounts Receivable;

**(ii)** Electronic Data Processing;

**(iii)** Personal Effects; or

**(iv)** Valuable Papers and Records.

**g. Civil Authority**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises. The civil authority action must be due to direct physical loss of or damage to property at locations, other than described premises, that are within 100 miles of the described premises, caused by or resulting from a Covered Cause of Loss.

**(2)** The coverage for Business Income will begin 24 hours after the time of that action and will apply for a period of three consecutive weeks after coverage begins.

**(3)** The coverage for Extra Expense will begin immediately after the time of that action and will end when your Business Income coverage ends for this Coverage Extension.

**h. Electronic Data Processing**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media", caused by or resulting from a Covered Cause of Loss.

**(2)** Worldwide coverage is provided under this Coverage Extension. The coverage territory as described in

BUSINESSOWNERS

Paragraph **F.8.b.** does not apply to this Coverage Extension.

(3) This Coverage Extension does not apply to:

(a) "Stock"; or

(b) Property that is leased or rented to others.

(4) The following exclusions as described in Paragraph **B.** Exclusions do not apply to this Coverage Extension:

(a) Paragraph **1.e.** Utility Services;

(b) Paragraph **2.a.**; or

(c) Paragraph **2.d.(6)**.

(5) The following additional exclusions apply to this Coverage Extension:

(a) We will not pay for loss or damage caused by or resulting from any of the following:

(i) Programming errors, omissions or incorrect instructions to a machine. But if programming errors, omissions or incorrect instructions to a machine results in a "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment", we will pay for the loss or damage caused by that "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment";

(ii) Unauthorized viewing, copying or use of "Electronic Data Processing Data and Media" (or any proprietary or confidential information or intellectual property) by any person, even if such activity is characterized as "theft";

(iii) Errors or deficiency in design, installation, maintenance, repair or modification of your computer systems or any computer system or network to which your system is connected or on which your system depends (including electronic data). But if errors or

deficiency in design, installation, maintenance, repair or modification of your computer system or any computer system or network to which your system is connected or on which your system depends (including electronic data) results in a "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment", we will pay for the loss or damage caused by that "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment";

(iv) Unexplained or indeterminable failure, malfunction or slowdown of a computer system, including "Electronic Data Processing Data and Media" or the inability to access or properly manipulate "Electronic Data Processing Data and Media"; or

(v) "Electronic Vandalism" except as provided in Paragraph **(9)** below.

(6) The most we will pay under this Coverage Extension for loss of or damage to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media", while in transit or at a premises other than the described premises, in any one occurrence, is $25,000.

(7) The most we will pay under this Coverage Extension for loss of or damage to duplicates of your "Electronic Data Processing Data and Media" while stored at a separate premises from where your original "Electronic Data Processing Data and Media" are kept, in any one occurrence, is $25,000.

(8) The most we will pay under this Coverage Extension for loss or damage to "Electronic Data Processing Equipment", including such property you newly acquire in any one occurrence is $25,000 at each newly acquired premises. With respect to insurance

Copyright, The Travelers Indemnity Company, 2004

**MP T1 02 02 05**

under this Coverage Extension on newly acquired "Electronic Data Processing Equipment", coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days expire after you acquire the "Electronic Data Processing Equipment"; or

(c) You report values to us.

(9) The most we will pay under this Coverage Extension for loss of or damage to "Electronic Data Processing Data and Media" caused by or resulting from "electronic vandalism", in any one occurrence is $25,000, regardless of the number of the number of premises involved. Such limit also applies to any otherwise covered loss of Business Income or Extra Expense.

(10) The most we will pay under this Coverage Extension for loss of or damage to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media", at the described premises, in any one occurrence, is the Limit of Insurance shown in the Declarations for Business Personal Property at such premises or $50,000, whichever is less.

i. **Equipment Breakdown**

(1) When a Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from a "breakdown" to "covered equipment".

With respect to otherwise covered Business Income and Extra Expense, "breakdown" to "covered equipment" will be considered a Covered Cause of Loss.

If an initial "breakdown" causes other "breakdowns", all will be considered one "breakdown". All "breakdowns" that manifest themselves at the same time and are the result of the same cause will also be considered one "breakdown".

(2) Under this Coverage Extension, the following coverages also apply:

(a) Expediting Expenses

(i) In the event of direct physical loss of or damage to Covered Property caused by or resulting from a "breakdown" to "covered equipment", we will pay for the reasonable additional expenses you necessarily incur to make temporary repairs to, or expedite the permanent repair or replacement of, the lost or damaged Covered Property.

(ii) Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation.

(iii) The most we will pay under this Coverage Extension for all Expediting Expenses arising out of any one "breakdown" is $25,000. This limit is part of and not in addition to the Limit of Insurance that applies to lost or damaged Covered Property.

(b) "Pollutants"

(i) In the event of direct physical loss of or damage to Covered Property caused by or resulting from a "breakdown" to "covered equipment", we will pay for the additional cost to repair or replace Covered Property because of contamination by "pollutants". This includes the additional expenses to clean up or dispose of such property. Additional costs mean those beyond what would have been required had no "pollutants" been involved.

(ii) The most we will pay under this Coverage Extension for loss or damage to Covered Property caused by contamination by "pollutants" arising

**BUSINESSOWNERS**

out of any one "breakdown" is $25,000. This limit is subject to and not in addition to the Limit of Insurance that applies to lost or damaged Covered Property.

**(c)** Service Interruption

When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to loss caused by or resulting from a "breakdown" to equipment that is owned, operated or controlled by a local public or private utility or distributor that directly generates, transmits, distributes or provides the following utility services:

**(i)** "Water Supply Services";

**(ii)** "Communication Supply Services"; or

**(iii)** "Power Supply Services".

**(3)** We will not pay under this Coverage Extension for loss or damage caused by or resulting from any of the following tests:

**(a)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

**(b)** An insulation breakdown test of any type of electrical equipment.

**(4)** We will not pay under this Coverage Extension for loss or damage caused by or resulting from a change in:

**(a)** Temperature; or

**(b)** Humidity;

as a consequence of "breakdown" to "covered equipment".

**(5)** The following limitations in Paragraph **A.5.** do not apply to this Coverage Extension:

**(a)** Paragraph **a.(2)**; and

**(b)** Paragraph **a.(3)**.

**(6)** The following exclusions in Paragraph **B.** Exclusions do not apply to this Coverage Extension:

**(a)** Paragraph **2.a.**;

**(b)** Paragraph **2.d.(6)**; and

**(c)** Paragraph **2.e.**

**(7)** With respect to this Coverage Extension, the following condition is added to Paragraph **F.** Commercial Property Conditions:

**Suspension**

If any "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance provided by this Coverage Form for loss or damage caused by or resulting from a "breakdown" to that "covered equipment". This can be done by delivering or mailing a notice of suspension to:

**1.** Your last known address; or

**2.** The address where the "covered equipment" is located.

Once suspended in this way, such insurance can only be reinstated by a written endorsement issued by us. If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment". But the suspension will be effective even if we have not yet made or offered a refund.

**(8)** The most we will pay under this Coverage Extension for all direct physical loss of or damage to:

**(a)** "Diagnostic Equipment";

**(b)** "Power Generating Equipment"; or

**(c)** "Production Equipment";

caused by or resulting from a "breakdown" to "covered equipment" in any one occurrence is $100,000.

**j.** **Interruption of Computer Operations**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to a "suspension" of "operations" caused by an interruption of computer operations due to direct physical loss of or damage to "Electronic Data Processing Data and Media" at the described premises caused by or resulting from a Covered Cause of Loss.

**(2)** The most we will pay under this Coverage Extension is $25,000 for the sum of all covered interruptions arising out of all Covered Causes of Loss occurring during each separate 12 month period of this policy beginning with the effective date of this policy.

**(3)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**k. Money Orders and Counterfeit Paper Currency**

When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to loss due to the good faith acceptance of:

**(1)** Any U.S. or Canadian post office or express money order, issued or purporting to have been issued by any post office or express company, if the money order is not paid upon presentation; or

**(2)** Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

**l. Non-Owned Detached Trailers**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to trailers or semi-trailers that you do not own, provided that:

**(a)** The trailer or semi-trailer is used in your business;

**(b)** The trailer or semi-trailer is in your care, custody or control at the described premises; and

**(c)** You have a contractual responsibility to pay for loss of or damage to the trailer or semi-trailer.

**(2)** We will not pay for loss or damage that occurs:

**(a)** While the trailer or semi-trailer is attached to any motor vehicle or motorized conveyance, whether

or not the motor vehicle or motorized conveyance is in motion; or

**(b)** During hitching or unhitching operations, or when a trailer or semi-trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $5,000 regardless of the number of described premises, trailers or semi-trailers involved.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**m. Ordinance or Law – Increased Period of Restoration**

**(1)** When:

**(a)** A Covered Cause of Loss occurs to property at the described premises; and

**(b)** The Declarations show that you have coverage for Business Income and Extra Expense;

you may extend that insurance to apply to the amount of actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur during the increased period of "suspension" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

**(a)** Regulates the construction, repair or replacement of any property;

**(b)** Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

**(c)** Is in force at the time of loss.

**(2)** This Coverage Extension applies only to the period that would be required, with reasonable speed, to reconstruct, repair or replace the property to comply with the minimum requirements of the ordinance or law.

**(3)** This Coverage Extension does not apply to:

BUSINESSOWNERS

(a) Loss due to an ordinance or law that:

(i) You were required to comply with before the loss, even if the property was undamaged; and

(ii) You failed to comply with; or

(b) Costs associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(4) Paragraph **B.1.a.**, does not apply to this Coverage Extension.

(5) The most we will pay for loss under this Coverage Extension in any one occurrence is $25,000 at each described premises.

(6) Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

n. **Outdoor Property**

(1) When a Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to the following types of outdoor property at that described premises caused by or resulting from a Covered Cause of Loss:

(a) Radio or television antennas (including microwave or satellite dishes) and their lead-in wiring, masts or towers; or

(b) Bridges, walks, roadways, patios and other paved surfaces.

(2) The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $10,000 at each described premises.

o. **Personal Effects**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance

to apply to direct physical loss of or damage to personal effects owned by:

(a) You; or

(b) Your officers, partners, "members", "managers", "employees", directors or trustees;

caused by or resulting from a Covered Cause of Loss.

(2) Such property must be located at a described premises.

(3) The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $25,000 at each described premises.

(4) Payments under this Coverage Extension are in addition to the applicable Limits of Insurance.

p. **Signs**

(1) If:

(a) You are the building owner; and

(b) A Limit of Insurance is shown in the Declarations for Building;

at the described premises, you may extend that insurance to apply to direct physical loss of or damage to outdoor signs attached to the building, or on or within 1,000 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

(2) If:

(a) You are a tenant;

(b) A Limit of Insurance is shown in the Declarations for Business Personal Property; and

(c) You own or are contractually obligated to repair or replace outdoor signs;

at the described premises, you may extend that insurance to apply to direct physical loss of or damage to outdoor signs attached to the building, or on or within 1,000 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

Copyright, The Travelers Indemnity Company, 2004

**q. Spoilage – Consequential Loss**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to consequential loss to your Business Personal Property caused by a change in:

(a) Temperature; or

(b) Humidity;

caused by or resulting from a Covered Cause of Loss to any of the following types of equipment situated within the building at the described premises:

(a) Refrigerating;

(b) Cooling;

(c) Humidifying;

(d) Air-conditioning;

(e) Heating;

(f) Generating or converting power; or

(g) Connections, supply or transmission lines and pipes associated with the above equipment.

(2) With respect to this Coverage Extension, "breakdown" to "covered equipment" will not be considered a Covered Cause of Loss, even if otherwise covered elsewhere in this Coverage Form.

(3) Paragraphs **B.2.d.(7)(a)** and **B.2.d.(7)(b)** do not apply to this Coverage Extension.

**r. Theft Damage to Rented Property**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to the following caused by or resulting by "theft" or attempted "theft":

(a) That part of a building you occupy, but do not own, which contains Covered Property; and

(b) Property within such non-owned building used for maintenance or service of such non-owned building.

(2) We will not pay under this Coverage Extension for loss or damage:

(a) Caused by or resulting from fire or explosion; or

(b) To glass (other than glass building blocks) or to any lettering, ornamentation or burglar alarm tape on glass.

(3) This Coverage Extension applies only if you are a tenant and you are contractually obligated to insure this exposure.

**s. Valuable Papers and Records**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to "valuable papers and records", that:

(a) You own; or

(b) Are owned by others, but in your care, custody or control;

caused by or resulting from a Covered Cause of Loss.

(2) This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

(3) The following exclusions apply to this Coverage Extension:

(a) We will not pay for any loss or damage to "valuable papers and records" caused by or resulting from any errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the resulting loss or damage caused by that fire or explosion.

(b) Paragraph **B.1.b.** Earth Movement;

(c) Paragraph **B.1.c.** Governmental Action;

(d) Paragraph **B.1.d.** Nuclear Hazard;

BUSINESSOWNERS

**(e)** Paragraph **B.1.f.** War and Military Action;

**(f)** Paragraph **B.1.g.** Water;

**(g)** Paragraph **B.1.h.** Neglect; and

**(h)** Paragraph **B.2.g.**

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**(4)** The most we will pay under this Coverage Extension for loss of or damage to "valuable papers and records" in any one occurrence while in transit or at a premises other than the described premises is $25,000.

**(5)** The most we will pay under this Coverage Extension for loss of or damage to "valuable papers and records" in any one occurrence at each described premises is $25,000 or the amount shown in the Declarations for Valuable Papers and Records, whichever is greater.

**(6)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

    **a. Ordinance or Law**

    **(1)** The enforcement of any ordinance or law:

    **(a)** Regulating the construction, use or repair of any property; or

    **(b)** Requiring the tearing down of any property, including the cost of removing its debris.

    **(2)** This exclusion, Ordinance or Law, applies whether the loss results from:

    **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

    **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    **b. Earth Movement**

    **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

    **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

    **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased; or

    **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface;

    all whether naturally occurring or due to man made or other artificial causes.

    But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire or volcanic action, we will pay for the loss or damage caused by that fire or volcanic action.

    Volcanic action means direct loss or damage resulting from the eruption of a volcano, when the loss or damage is caused by:

    **(a)** Airborne volcanic blast or airborne shock waves;

Copyright, The Travelers Indemnity Company, 2004       **MP T1 02 02 05**

**(b)** Ash, dust, or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168–hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and done at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure or fluctuation of power or other utility service supplied to the described premises, however caused, if the cause of the failure or fluctuation occurs away from the described premises.

But if the failure or fluctuation of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage resulting from that Covered Cause of Loss.

**f. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by

governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water or sewage that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings;

all whether naturally occurring or due to man made or other artificial causes.

But if Water, as described in Paragraphs **(1)** through **(4)** above results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Neglect**

Neglect of an insured to use reasonable means to save and preserve property from further damage at and after the time of loss.

**i. Collapse of Buildings**

Collapse of buildings meaning an abrupt falling down or caving in of a building or any part of a building with the result being that the building or part of a building cannot be occupied for its intended purpose.

**(1)** This exclusion does not apply to collapse of buildings if caused only by one or more of the following:

**(a)** A "specified cause of loss" or breakage of building glass;

**(b)** Decay, insect or vermin damage that is hidden from view, unless the presence of such decay or insect or vermin damage is known to an insured prior to collapse;

BUSINESSOWNERS

(c) Weight of people or personal property;

(d) Weight of rain that collects on a roof; or

(e) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of construction, remodeling or renovation; or

(f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **(a)** through **(d)** above.

In the event collapse results in a Covered Cause of Loss, we will only pay for the resulting loss or damage by that Covered Cause of Loss.

**(2)** We will not pay for loss of or damage to the following types of property, if otherwise covered in this Coverage Form under Paragraphs **(1)(b)** through **(1)(f)** above, unless the loss or damage is a direct result of the collapse of a building:

(a) Awnings, gutters and downspouts;

(b) Outdoor radio or television antennas (including microwave or satellite dishes) and their lead-in wiring, masts or towers;

(c) Fences;

(d) Piers, wharves and docks;

(e) Beach or diving platforms or appurtenances;

(f) Retaining walls;

(g) Walks, roadway and other paved surfaces;

(h) Yard fixtures; or

(i) Outdoor swimming pools.

**(3)** A building or part of a building that:

(a) Is in imminent danger of abruptly falling down or caving in; or

(b) Suffers a substantial impairment of structural integrity;

is not considered to have collapsed but is considered to be in a state of imminent collapse.

**(4)** With respect to buildings in a state of imminent collapse, we will not pay for loss or damage unless the state of imminent collapse first manifests itself during the policy period and is caused only by one or more of the following which occurs during the policy period:

(a) A "specified cause of loss" or breakage of glass;

(b) Weight of people or personal property;

(c) Weight of rain that collects on a roof; or

(d) Use of defective material or methods in construction, remodeling or renovation if the state of imminent collapse occurs during the course of construction, remodeling or renovation.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing that disturbs electrical devices, appliances or wires unless caused by a "specified cause of loss".

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, wet or dry rot, mold, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

       Copyright, The Travelers Indemnity Company, 2004

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision;

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature;

**(c)** Marring or scratching;

**(d)** Changes in flavor, color, texture or finish;

**(e)** Evaporation or leakage; or

**(8)** Contamination by other than "pollutants".

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(8)** above results in a "specified cause of loss", building glass breakage or "breakdown" to "covered equipment" (only if otherwise a Covered Cause of Loss), we will pay for the loss or damage caused by that "specified cause of loss", building glass breakage or "breakdown" to "covered equipment" (only if otherwise a Covered Cause of Loss).

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protection systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the water supply if the heat is not maintained.

**h.** Dishonest or criminal acts by you, or any of your partners, "members", officers, "managers", "employees" (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your "employees" (including leased employees), but "theft" by "employees" (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property.

**j.** Rain, snow, sand, dust, ice or sleet to personal property in the open.

**k.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **k.** does not apply to damage to glass caused by chemicals applied to the glass.

**l.** Default on any credit sale, loan, or similar transaction.

**m.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This exclusion does not apply to "money" and "securities".

BUSINESSOWNERS

**n.** Loss of property or that part of any loss, the proof of which as to its existence or amount is dependent upon:

    **(1)** Any inventory computation; or

    **(2)** A profit and loss computation.

**o.** The transfer of property to a person or to a place outside the described premises on the basis of unauthorized instructions.

**p.** Loss of "money" or "securities" caused by or resulting from accounting or arithmetic errors or omissions.

**q.** The cost of correcting or making good the damage to personal property attributable to such property being processed, manufactured, tested, repaired, restored, retouched or otherwise being worked upon.

**3.** We will not pay for loss or damage caused by or resulting from any of the following under Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** and **b.** below results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions, but this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

of part or all of any property on or off the described premises.

If an excluded cause of loss that is listed in Paragraphs **(1)** through **(4)** above results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss. But we will not pay for:

    **(1)** Any cost of correcting or making good the fault, inadequacy or defect itself, including any cost incurred to tear down, tear out, repair or replace any part of any property to correct the fault, inadequacy or defect; or

    **(2)** Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.

**4. Business Income and Extra Expense Exclusions**

We will not pay for:

**a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

    **(1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference by strikers or other persons at the location of the rebuilding, repair or replacement; or

    **(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and the period of Extended Business Income; or

**b.** Any other consequential loss.

**C. LIMITS OF INSURANCE**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Forms, or endorsements.

**2. Inflation Guard**

**a.** When a percentage for Inflation Guard is shown in the Declarations, the Limit of Insurance for property to which this coverage applies will automatically increase by that annual percentage.

**b.** The amount of increase will be:

    **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, multiplied by

Copyright, The Travelers Indemnity Company, 2004

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), multiplied by

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If:

| | |
|---|---|
| The applicable Building limit is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x (146/365) = | $3,200 |

3. **Business Personal Property Limit – Seasonal Increase**

   a. The Limit of Insurance for Business Personal Property shown in the Declarations will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date the loss or damage occurs; or

      (2) The period of time you have been in business as of the date the loss or damage occurs.

D. **DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Businessowners Property Coverage Deductible shown in the Declarations. We will then pay the amount of covered loss or damage in excess of that Deductible. But we will not pay more than the applicable Limit of Insurance.

2. Regardless of the amount of the Businessowners Property Coverage Deductible, the most we will deduct from any loss or damage under the Building Glass Coverage Extension

in any one occurrence is the Building Glass Deductible shown in the Declarations.

3. The Businessowners Property Coverage Deductible does not apply to any of the following:

   a. Fire Department Service Charge;

   b. Business Income and Extra Expense;

   c. Arson and Theft Reward; and

   d. Accounts Receivable.

4. If more than one deductible applies to loss or damage in any one occurrence, we will apply each deductible separately. But the total of all deductible amounts applied in any one occurrence will not exceed the largest applicable deductible.

E. **PROPERTY LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property, the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties in the Event of Loss or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken. This duty does not ap-

BUSINESSOWNERS

ply to loss or damage arising from "employee dishonesty" and "forgery" or alteration.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** For loss or damage from other than "employee dishonesty" or "forgery" or alteration send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** For loss or damage resulting from "employee dishonesty" or "forgery" or alteration, give us a detailed, sworn proof of loss within 120 days after you discover a loss or situation that

may result in loss of or damage to Covered Property.

**(9)** Cooperate with us in the investigation and settlement of the claim.

**(10)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment – Building and Personal Property**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to Paragraph **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of Paragraph **e.** below or any applicable provision which amends or supersedes these valuation conditions.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property, except as provided in the Ordinance or Law Additional Coverage.

**c.** We will give notice of our intentions within 30 days after we receive the proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

Copyright, The Travelers Indemnity Company, 2004

**MP T1 02 02 05**

**e.** We will determine the value of Covered Property in the event of covered loss or damage as follows:

**(1)** At replacement cost (without deduction for depreciation), except as provided in Paragraphs **(2)** through **(18)** below.

**(a)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(b)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also applies:

**a)** If the conditions in Paragraphs **(i)** and **(ii)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth under Paragraph **e.(7)** below; and

**b)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**(c)** We will not pay more for loss or damage on a replacement cost basis than the least of Paragraphs **(i)**, **(ii)** or **(iii)** subject to Paragraph **(d)** below:

**(i)** The Limit of Insurance applicable to the lost or damaged property;

**(ii)** The cost to replace the lost or damaged property with other property:

**a)** Of comparable material and quality; and

**b)** Used for the same purpose; or

**(iii)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in Paragraph **(ii)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**(d)** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Declarations indicate that Actual Cash Value applies to Buildings or Business Personal Property, Paragraph **(1)** above does not apply to the property for which Actual Cash Value is indicated.

**(3)** Personal Property of others at the amount for which you are liable plus the cost of labor, materials or services furnished or arranged by you on personal property of others, not to exceed the replacement cost.

**(4)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Household furnishings; and

**(c)** Personal effects.

**(5)** "Fine Arts" as follows:

**(a)** If there is a schedule of "fine arts" on file which includes a description and value of the lost or damaged item, we will pay the value as stated in the schedule for that

BUSINESSOWNERS

item if there is a total loss to that item. If there is a partial loss to an item, we will pay the cost of reasonably restoring or repairing that item.

**(b)** For "fine arts" without a schedule on file as described in Paragraph **(a)** above, the value of "fine arts" will be the least of the following amounts:

**(i)** Market value of the lost or damaged item at the time and place of loss;

**(ii)** The cost of reasonably restoring the lost or damaged item; or

**(iii)** The cost of replacing that lost or damaged item with property substantially the same.

**(6)** Glass at the cost of replacement with safety glazing material if required by law.

**(7)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in Paragraph **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing, if others pay for repairs or replacement.

**(8)** "Valuable Papers and Records" at the cost of restoration or replacement. To the extent that the contents of the "valuable papers and records"

are not restored or replaced, the "valuable papers and records" will be valued at the cost of replacement with blank material of substantially identical type.

**(9)** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**(10)** Property in transit (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due from you since the shipment. If you have no invoice, actual cash value will apply.

**(11)** "Money" at its face value.

**(12)** "Securities" at their value at the close of business on the day the loss is discovered.

**(13)** Accounts Receivable as follows:

**(a)** If you cannot accurately establish the amount of Accounts Receivable outstanding as of the time of loss, we will:

**(i)** Determine the total of the average monthly amounts of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurs; and

**(ii)** Adjust that total for any normal fluctuations in the amount for Accounts Receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

**(b)** If you can accurately establish the amount of Accounts Receivable outstanding, that amount will be used in the determination of loss.

**(c)** The following will be deducted from the total amount of Accounts Receivable, however that amount is established:

**(i)** The amount of the accounts for which there was no loss;

    Copyright, The Travelers Indemnity Company, 2004    **MP T1 02 02 05**

    **(ii)** The amount of the accounts that you are able to re-establish or collect;

    **(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

    **(iv)** All unearned interest and service charges.

**(14)** "Electronic Data Processing Equipment" at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence or depletion. However, in the event replacement of "Electronic Data Processing Equipment" with identical property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances.

"Electronic Data Processing Equipment" that is obsolete or no longer used by you will be valued at actual cash value.

**(15)** "Electronic Data Processing Data and Media" for which duplicates do not exist will be valued as follows:

    **(a)** The cost of blank media; and

    **(b)** Your cost to research, replace or restore the lost electronic data on lost, damaged or destroyed "Electronic Data Processing Data and Media" but only if the lost electronic data is actually replaced or restored.

**(16)** Duplicate "Electronic Data Processing Data and Media" at the cost of:

    **(a)** Blank media; and

    **(b)** Labor to copy the electronic data, but only if the electronic data is actually copied.

**(17)** The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in de-

termining the value of Covered Property:

    **(a)** Distilled spirits;

    **(b)** Wines;

    **(c)** Rectified products; or

    **(d)** Beer.

**(18)** Lottery tickets at their initial cost to you except for winning tickets at their redeemed value.

**f.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**g.** We have the right but not the duty to defend you against suits arising from claims of owners of property. We will do so at our expense.

**h.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss provided you have complied with all of the terms of this policy; and

    **(1)** We have reached agreement with you on the amount of loss; or

    **(2)** An appraisal award has been made.

**i.** At our option, we may make a partial payment toward any claim, subject to the policy provisions and our normal adjustment process. To be considered for partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payments are made.

**5.** **Loss Payment – Business Income and Extra Expense**

    **a.** The amount of Business Income loss will be determined based on:

      **(1)** The Net Income of the business before the direct physical loss or damage occurred;

      **(2)** The likely Net Income of the business if no physical loss or damage occurred, but not including any likely increase in Net Income attributable to

BUSINESSOWNERS

an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All reasonable and necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including "stock") at

the described premises or elsewhere; or

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**e.** We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss provided you have complied with all of the terms of this policy; and

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay the recovery expenses and the expenses to repair the recovered property, subject to the applicable Limit of Insurance.

**7. Noncumulative Limit**

No Limit of Insurance cumulates from policy period to policy period.

**F. COMMERCIAL PROPERTY CONDITIONS**

**1. Concealment, Misrepresentation or Fraud**

This Coverage Form is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Form.

**2. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more premises will not affect coverage at any premises where, at the time of loss or damage, the breach of condition does not exist.

Copyright, The Travelers Indemnity Company, 2004

**MP T1 02 02 05**

**3. Insurance Under Two or More Coverages**

If two or more coverages under this Coverage Form apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**4. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form unless:

**a.** There has been full compliance with all of the terms of this Coverage Form; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5. Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Form.

**6. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**7. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in Paragraph **a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**8. Policy Period, Coverage Territory**

Under this Coverage Form:

**a.** We cover loss or damage you sustain through acts committed or events occurring:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory; and

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**9. Transfer of Rights of Recovery Against Others to Us.**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property or Covered Income; or

**b.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**(3)** Your tenant.

This will not restrict your insurance.

**10. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss multiplied by the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in step **(1)**;

**(3)** Multiply the total amount of the covered loss, before the application of

BUSINESSOWNERS

any deductible, by the figure determined in step **(2)**; and

**(4)** Subtract the deductible from the figure determined in step **(3)**.

We will pay the amount determined in step **(4)** or the limit of insurance, whichever is less.

For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Under insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percent for it is | 90% |
| The Limit of Insurance for it is | $112,500 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $112,500/$225,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for it is | $225,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $225,000 ($250,000 x 90%).

Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** Coinsurance does not apply to:

    **(1)** "Money" and "securities";

    **(2)** Additional Coverages;

    **(3)** Coverage Extensions; or

    **(4)** Loss or damage in any one occurrence totaling less than $2,500.

**11. Mortgageholders**

    **a.** The term, mortgageholder, includes trustee.

    **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

    **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

        **(1)** Pays any premium due under this Coverage Form at our request if you have failed to do so;

        **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(3)** Has notified us of any change in ownership or occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this Coverage Form will then apply directly to the mortgageholder.

    **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

        **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

        **(2)** The mortgageholder's rights to recover the full amount of the mortgageholder's claim will not be impaired.

        At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued in-

Copyright, The Travelers Indemnity Company, 2004

terest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. PROPERTY DEFINITIONS

**1.** **"Banking Premises"** means the interior of that portion of any building which is occupied by a banking institution or similar safe depository.

**2.** **"Breakdown"**

    **a.** Means:

        **(1)** Failure of pressure or vacuum equipment;

        **(2)** Mechanical failure, including rupture or bursting caused by centrifugal force; or

        **(3)** Electrical failure including arcing;

    that causes physical damage to "covered equipment" and necessitates its repair or replacement; and

    **b.** Does not mean:

        **(1)** Malfunction, including but not limited to adjustment, alignment, calibration, cleaning or modification;

        **(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

        **(3)** Damage to any vacuum tube, gas tube, or brush;

        **(4)** Damage to any structure or foundation supporting the "covered equipment" or any of its parts;

        **(5)** The functioning of any safety or protective device; or

        **(6)** The cracking of any part on any internal combustion gas turbine exposed to the products of combustion.

**3.** **"Communication Supply Services"**

    **a.** Means property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

        **(1)** Communication transmission lines, including fiber optic transmission lines;

        **(2)** Coaxial cables; and

        **(3)** Microwave radio relays, except satellites; and

    **b.** Does not mean overhead transmission lines.

**4.** **"Covered Equipment"**

    **a.** Means the following types of equipment:

        **(1)** Equipment designed and built to operate under internal pressure or vacuum other than weight of contents;

        **(2)** Electrical or mechanical equipment that is used in the generation, transmission or utilization of energy;

        **(3)** Fiber optic cable; and

        **(4)** Hoists and cranes;

    **b.** Does not mean any:

        **(1)** "Electronic Data Processing Equipment";

        **(2)** "Electronic Data Processing Data and Media";

        **(3)** Part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

        **(4)** Insulating or refractory material;

        **(5)** Pressure vessels and piping that are buried below ground and require the excavation of materials to inspect, remove, repair or replace;

        **(6)** Structure, foundation, cabinet or compartment supporting or containing the "covered equipment" or part of the "covered equipment" including penstock, draft tube or well casing;

        **(7)** Vehicle, aircraft, self-propelled equipment or floating vessel, including any

BUSINESSOWNERS

equipment mounted on or used solely with any vehicle, aircraft, self-propelled equipment or floating vessel;

**(8)** Elevator or escalator, but not excluding any electrical machine or apparatus mounted on or used with this equipment; or

**(9)** Equipment or any part of such equipment manufactured by you for sale.

**5.** **"Diagnostic Equipment"** means any:

**a.** Equipment; or

**b.** Apparatus;

used solely for research, diagnostic, medical, surgical, therapeutic, dental or pathological purposes.

**6.** **"Electronic Data Processing Data and Media"**

**a.** Means any of the following used in your computer operations:

**(1)** Data stored as or on, created or used on, or transmitted to or from computer software (including systems and applications) on electronic data processing, recording or storage media such as hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

**(2)** The electronic media on which the data is stored; and

**(3)** Programming records and instructions used for "Electronic Data Processing Equipment"; and

**b.** Does not mean "Valuable Papers and Records".

**7.** **"Electronic Data Processing Equipment"**

**a.** Means any of the following equipment used in your operations:

**(1)** Electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment and laptop and portable computers; and

**(2)** Any component parts and peripherals of such equipment, including related surge protection devices; and

**b.** Does not mean equipment used to operate production type of:

**(1)** Machinery; or

**(2)** Equipment.

**8.** **"Electronic Vandalism"** means any acts by persons, other than "employees", involving any of the following:

**a.** Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems; or

**b.** Unauthorized computer code or programming that:

**(1)** Deletes, distorts, corrupts or manipulates computer programs, contents, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which is introduced;

**(2)** Replicates itself, impairing the performance of computers or computer systems or networks; or

**(3)** Gains remote control access to data and programming within computers or computers systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks.

**9.** **"Employee(s)"**

**a.** Means:

**(1)** Any natural person:

**(a)** While in your service (and for 30 days after termination of service);

**(b)** Whom you compensate directly by salary, wages or commissions; and

**(c)** Whom you have the right to direct and control while performing services for you;

**(2)** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises; or

**(3)** Your directors or trustees while acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts; and

**b.** Does not mean any agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character.

**10. "Employee Dishonesty"** means only dishonest acts, committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you, a partner, a "member", or a "manager" with the manifest intent to:

**a.** Cause you to sustain loss; and also

**b.** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(1)** The "employee"; or

**(2)** Any person or organization intended by the "employee" to receive that benefit.

**11. "Fine Arts"**

**a.** Means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property with historical value, or artistic merit; and

**b.** Does not mean any glass that is part of a building or structure.

**12. "Forgery"** means the signing of the name of another person or organization with intent to deceive. "Forgery" does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity for any purpose.

**13. "Interior of any building or structure"** means all portions of the building or structure that are within the exterior facing surface material of the building or structure.

**14. "Maintenance Fees"** means the regular payment made to you by unit-owners and used to service the common property.

**15. "Manager"** means a person serving in a directorial capacity for a limited liability company.

**16. "Member"** means an owner of a limited liability company represented by its membership interest, who also may service as a "manager".

**17. "Money"** means currency and coins in current use, bank notes, travelers checks, register checks and money orders held for sale to the public.

**18. "Operations"** means your business activities occurring at the described premises and the tenantability of the described premises.

**19. "Period of Restoration"**

**a.** Means the period of time that:

**(1)** Begins:

**(i)** For Business Income coverage:

**a)** With the date of direct physical loss or damage, if the Declarations show Immediately for Period of Restoration – Time Period; or

**b)** 72 hours after the time of direct physical loss or damage, if the Declarations show 72 hours for Period of Restoration – Time Period; or

**(ii)** For Extra Expense coverage with the date of direct physical loss or damage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

**(i)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(ii)** The date when business is resumed at a new permanent location; and

**b.** Does not mean any increased period required due to the enforcement of any law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

BUSINESSOWNERS

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**20. "Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste, and any unhealthful or hazardous building materials (including but not limited to asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

**21. "Power Generating Equipment"**

**a.** Means the following types of equipment or apparatus:

**(1)** Pressure;

**(2)** Mechanical; or

**(3)** Electrical;

used in or associated with the generation of electric power; and

**b.** Does not mean such equipment that is used solely to generate emergency power that is less than or equal to 1000KW.

**22. "Power Supply Services"**

**a.** Means the following types of property supplying electricity, steam or gas to the described premises:

**(1)** Utility generating plants;

**(2)** Switching stations;

**(3)** Substations;

**(4)** Transformers; and

**(5)** Transmission lines; and

**b.** Does not mean overhead transmission lines.

**23. "Production Equipment"**

**a.** Means any:

**(1)** Production machinery; or

**(2)** Process machinery;

that processes, shapes, forms or grinds:

**(1)** Raw materials;

**(2)** Materials in process; or

**(3)** Finished products; and

**b.** Includes "covered equipment" that is used solely with or forms an integral part of the:

**(1)** Production;

**(2)** Process; or

**(3)** Apparatus.

**24. "Rental Value"** means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including the fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**25. "Securities"** means all negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes revenue or other stamps in current use, tokens, tickets and credit card slips for sales made by you and held by you for reimbursement from companies issuing credit cards, but does not include "money". Lottery tickets held for sale are not securities.

**26. "Specified Causes of Loss"** means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into underground man-made cavities.

Copyright, The Travelers Indemnity Company, 2004
**MP T1 02 02 05**

   **b.** Falling objects does not include loss of or damage to:

    **(1)** Personal Property in the open; or

    **(2)** The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) that is located on the described premises and contains water or steam.

**27. "Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**28. "Suspension"** means:

   **a.** The partial or complete cessation of your business activities; or

   **b.** That a part or all of the described premises is rendered untenantable.

**29. "Theft"** means any act of stealing.

**30. "Vacant"** means the following:

    **(1)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

    **(2)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

     **(a)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; or

     **(b)** Used by the building owner to conduct customary operations.

**31. "Valuable Papers and Records"**

   **a.** Means inscribed, printed or written:

    **(1)** Documents;

    **(2)** Manuscripts; or

    **(3)** Records;

   including abstracts, books, deeds, drawings, films, maps or mortgages; and

   **b.** Does not mean "money" or "securities" or "Electronic Data Processing Data and Media".

**32. "Water Supply Services"** means the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is added to the CANCELLATION Common Policy Condition:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least 5 days before the effective date of cancellation.

**A.** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

  **1.** Seasonal occupancy;

  **2.** Buildings in the course of construction, renovation or addition; or

  **3.** Buildings to which the Vacancy Permit endorsement applies.

  Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**B.** After damage by a Covered Cause of Loss, permanent repairs to the building:

  **1.** Have not started, and

  **2.** Have not been contracted for,

within 30 days of initial payment of loss.

**C.** The building has:

  **1.** An outstanding order to vacate;

  **2.** An outstanding demolition order; or

  **3.** Been declared unsafe by governmental authority.

**D.** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**E.** Failure to:

  **1.** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

  **2.** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**CP 02 99 11 85**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). "Act Of Terrorism" is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a percentage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

85% with respect to such Insured Losses occurring in calendar year 2015.

84% with respect to such Insured Losses occurring in calendar year 2016.

83% with respect to such Insured Losses occurring in calendar year 2017.

82% with respect to such Insured Losses occurring in calendar year 2018.

81% with respect to such Insured Losses occurring in calendar year 2019.

80% with respect to such Insured Losses occurring in calendar year 2020.

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

The charge for such Insured Losses under this Coverage Part is included in the Coverage Part premium. The charge for such Insured Losses that has been included for this Coverage Part is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA:

• 4% of your total Businessowners Coverage Part premium if your primary location is in a Designated City (as listed below).

• 2% of your total Businessowners Coverage Part premium if your primary location is not in a Designated City (as listed below).

BUSINESSOWNERS

| Designated Cities are: | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Diego, CA |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Antonio, TX |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |

  © 2015 The Travelers Indemnity Company. All rights reserved.  **MP T3 25 01 15**
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: 680-2F597898-17-42

BUSINESSOWNERS
ISSUE DATE: 10/27/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT OF MONEY AND SECURITIES LIMITATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A. Schedule**

Theft of Money and Securities Limit: $ 25,000

**B.** The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph **A.5.** :

   a. If "money" and "securities" is otherwise covered at any described premises, the most we will pay for loss or damage by "theft" of any "money" and "securities" in any one occurrence is the limit shown in the schedule above. This limitation does not apply to any otherwise covered loss or damage under the Employee Dishonesty or Forgery or Alteration Additional Coverages.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME AND EXTRA EXPENSE – POLICY LEVEL DOLLAR LIMIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

1. Paragraph **A.3.d.(2)** under **Business Income and Extra Expense** is replaced by the following

    **(2)** Actual loss up to a maximum dollar limit, then we will pay for loss of Business Income and Extra Expense up to the limit shown in any one occurrence.

© 2006 The St. Paul Travelers Companies, Inc.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN –
# SERVICE INTERRUPTION LIMITATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A.** The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph **A.7. Coverage Extensions i. Equipment Breakdown**:

    (9) With respect to Service Interruption coverage, we will not pay under this Coverage Extension for loss or damage caused by or resulting from any of the following:

    (a) Fire;

    (b) Lightning;

    (c) Windstorm or hail;

    (d) Explosion (except for steam or centrifugal explosion);

    (e) Smoke;

    (f) Aircraft or vehicles;

    (g) Riot or civil commotion;

    (h) Vandalism;

    (i) Sprinkler Leakage;

    (j) Falling objects;

    (k) Weight of snow, ice or sleet;

    (l) Freezing; or

    (m) Collapse

© 2007 The St. Paul Travelers Companies, Inc.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY PROVISIONS – GREEN BUILDING AND BUSINESS PERSONAL PROPERTY COVERAGE ENHANCEMENTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A. DEFINITIONS**

As used in this endorsement:

1. **"Green"** means products, materials, methods and processes that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize the environmental impact.

2. **"Green Authority"** means a recognized authority on green building or green products, materials or processes.

**B.** The **BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM** is changed as follows:

1. The following **Additional Coverages** are added:

   **a. Green Building Alternatives – Increased Cost**

   (1) If direct physical loss or damage by a Covered Cause of Loss occurs to a building that is covered property, we will pay for:

      (a) The reasonable additional cost you incur to repair or replace the lost or damaged portions of the building using products or materials that:

         (i) Are "green" alternatives to the products or materials of the lost or damaged property, in accordance with the documented standards of a "Green Authority"; and

         (ii) Are otherwise of comparable quality and function to the damaged property;

      and

      (b) The reasonable additional cost you incur to employ "green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged building, in accordance with the documented standards of a "Green Authority".

   (2) The insurance provided under this Additional Coverage applies only if replacement cost valuation applies to the lost or damaged building and then only if the building is actually repaired or replaced as soon as reasonably possible after the loss or damage.

   (3) The insurance provided under this Additional Coverage does not apply to any building that has been "vacant" for more than 60 consecutive days before the loss or damage occurs.

   (4) The most we will pay for the additional cost incurred with respect to each building in any one occurrence under this Additional Coverage is determined by:

      (a) Multiplying 5%; times

      (b) The amount we would otherwise pay for the direct physical loss of or damage to the building, prior to application of any applicable deductible.

   (5) However, the most we will pay for the additional cost incurred in any one occurrence, regardless of the number of buildings involved, is $25,000.

BUSINESSOWNERS

**b. Green Building Reengineering and Re-certification Expense**

**(1)** If, as a result of direct physical loss or damage by a Covered Cause of Loss to a building that is Covered Property, the pre-loss level of "green" building certification by a "Green Authority" on the building is lost, we will pay for the following reasonable additional expenses you incur to re-attain the pre-loss level of "green" building certification from that "Green Authority":

**(a)** The reasonable additional expense you incur to hire a qualified engineer or other professional required by the "Green Authority" to be involved in:

**(i)** Designing, overseeing or documenting the repair or replacement of the lost or damaged building; or

**(ii)** Testing and recalibrating the systems and mechanicals of the lost or damaged building to verify that the systems and mechanicals are performing in accordance with the design of such systems and mechanicals or the specifications of the manufacturer;

and

**(b)** The reasonable registration and recertification fees charged by the "Green Authority".

**(2)** This Additional Coverage applies to the additional expenses described above that you incur to achieve the pre-loss level of "green" building certification in accordance with the standards of the "Green Authority" that exist at the time of repair or replacement, even if the standards have changed since the original certification was achieved.

**(3)** The insurance provided under this Additional Coverage does not apply to any building that has been "vacant" for more than 60 consecutive days before the loss or damage occurs.

**(4)** The most we will pay in any one occurrence under this Additional Coverage for:

**(a)** All expenses incurred with respect to each building is 5% of the sum of:

**(i)** The amount we pay for the direct physical loss of or damage to the building, including any amount paid under the Green Building Alternatives – Increased Cost Additional Coverage; and

**(ii)** The deductible amount applied to the loss payment for direct physical loss or damage to the building;

**(b)** All expenses incurred, regardless of the number of buildings involved, is $25,000.

**2.** The following **Coverage Extensions** are added:

**a. Green Building and Business Personal Property Alternatives – Increased Period of Restoration**

**(1)** If:

**(a)** Direct physical loss or damage by a Covered Cause of Loss occurs to a building at the described premises or Business Personal Property at the described premises to which the Green Business Personal Property Alternatives – Increased Cost Coverage Extension applies; and

**(b)** The Declarations show that you have coverage for Business Income and Extra Expense;

you may extend that insurance to include the amount of actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur during the increase in the "period of restoration" that is reasonably necessary to:

**(i)** Repair or replace the lost or damaged portions of the building or Business Personal Property (as described in Green Business Personal

© 2007 The Travelers Companies, Inc.

Property Alternatives – Increased Cost Coverage Extension) using products or materials that:

   a) Are "green" alternatives to the products or materials of the lost or damaged property, in accordance with the documented standards of a "Green Authority"; and

   b) Are otherwise of comparable quality and function to the damaged property;

and

(ii) Employ "green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged building or Business Personal Property (as described in Green Business Personal Property Alternatives – Increased Cost Coverage Extension), in accordance with the documented standards of a "Green Authority";

subject to a maximum of 30 additional days from the date the "period of restoration" would otherwise have ended.

**(2)** This Coverage Extension is included in, and does not increase, the amount of coverage available based on the applicable Business Income and Extra Expense provision shown in the Declarations.

**b. Green Business Personal Property Alternatives – Increased Cost**

**(1)** If:

   **(a)** The Declarations show that you have coverage for Business Personal Property; and

   **(b)** Direct physical loss or damage by a Covered Cause of Loss occurs to covered Business Personal Property at the described premises; and

   **(c)** Such loss or damage requires replacement of such property, or with respect to improvements and betterments, requires repair or replacement;

you may extend that insurance to apply to the reasonable additional cost you incur to replace the lost or damaged Business Personal Property, or with respect to improvements and betterments, to repair or replace the lost or damaged portions of such improvements and betterments, using products or materials that:

   **(i)** Are "green" alternatives to the products or materials of the lost or damaged property, in accordance with the documented standards of a "Green Authority"; and

   **(ii)** Are otherwise of comparable quality and function to the damaged property.

**(2)** With respect to improvements and betterments you may also extend that insurance to apply to the reasonable additional cost you incur to employ "green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged building, in accordance with the documented standards of a "Green Authority".

**(3)** The insurance provided under this Coverage Extension applies only if replacement cost valuation applies to the lost or damaged property and then only if the property is actually repaired or replaced as soon as reasonably possible after the loss or damage.

**(4)** This Coverage Extension does not apply to "stock" or property of others that is in your care, custody or control.

**(5)** The insurance provided under this Coverage Extension does not apply to Business Personal Property at any building that has been "vacant" for more than 60 consecutive days before the loss or damage occurs.

BUSINESSOWNERS

(6) The most we will pay in any one oc-
currence under this Coverage Exten-
sion for the increased cost incurred
with respect to the damaged property
to which this Coverage Extension ap-
plies is determined by:

(a) Multiplying 5%; times

(b) The amount we would otherwise
pay for the direct physical loss of
or damage to the business per-
sonal property, prior to applica-
tion of any applicable deductible.

(7) However, the most we will pay for the
additional cost incurred in any one
occurrence, regardless of the number
of described premises involved, is
$25,000.

3. The following provision is added to the Loss
Payment Loss Condition in Section E.4. :

Except as specifically provided under the:

a. Green Building Alternatives – Increased
Cost Additional Coverage; and

b. Green Building Reengineering and Re-
certification Expense Additional Cover-
age; and

c. Green Business Personal Property Alter-
natives – Increased Cost Coverage Ex-
tension;

the cost to repair, rebuild or replace does not
include any increased cost incurred to re-

attain a pre-loss level of "green" building certi-
fication from a "Green Authority".

4. This endorsement does not apply to property
covered under the Newly Acquired or Con-
structed Property Additional Coverage.

5. With respect to the Additional Coverages and
Coverage Extensions of this endorsement we
will not pay for any Business Income or Extra
Expense loss caused by or resulting from ob-
taining "green" building certification from a
"Green Authority". However, this does not
apply to any increase in the "period of resto-
ration" required to re-attain a pre-loss level of
"green" building certification from a "Green
Authority" as otherwise covered under the
Green Building and Business Personal Prop-
erty Alternatives – Increased Period of Resto-
ration Coverage Extension.

6. Under the **DEFINITIONS** in **Section G.** the
following is added to the definition of "period
of restoration":

"Period of restoration" does not include any
increased period required to re-attain a pre-
loss level of "green" building certification from
a "Green Authority". But this does not apply to
any increase in the "period of restoration"
otherwise covered under the Green Building
and Business Personal Property Alternatives
– Increased Period of Restoration Coverage
Extension.

© 2007 The Travelers Companies, Inc.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EATING ESTABLISHMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

A. The BUSINESSOWNERS PROPERTY COVERAGE PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. With respect to Business Income and Extra Expense, the time frame referenced in Paragraph **A.3.c.(2)(b)** is increased from sixty consecutive days to ninety consecutive days.

2. The limit applicable to the **Additional Coverage – Claim Data Expense** is increased from $5,000 to $10,000.

3. The limit applicable to the **Additional Coverage – Newly Acquired or Constructed Property** for Business Personal Property is increased from $250,000 to $500,000.

4. The limit applicable to the **Additional Coverage – Outdoor Trees, Shrubs, Plants and Lawns** is increased from $3,000 to $5,000.

5. With respect to the **Additional Coverage – Ordinance or Law**, coverage is extended to include tenant's improvements and betterments as described in Paragraph **A.1.b.(3)** if:

   a. You are a tenant; and

   b. A Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises.

6. The following **Additional Coverages** are added:

   a. **Brands or Labels**

   If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or part of the property at an agreed or appraised value. If so, you may:

   (1) Stamp the word "Salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

   (2) Remove the brands and labels, if doing so will not physically damage the merchandise or its containers to comply with the law.

   We will pay reasonable costs you incur to perform the activity described in Para-

graphs **(1)** and **(2)** above. The most we will pay for these costs and the value of the damaged property under this Additional Coverage is $25,000.

Payments under this Additional Coverage are subject to and not in addition to the Limits of Insurance.

   b. **Identity Fraud Expense**

   (1) We will pay for Expenses incurred by an Insured Person as a direct result of any one Identity Fraud first discovered or learned of by such Insured Person during the policy period.

   Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an Insured Person, is considered to be one Identity Fraud, even if a series of acts continues into a subsequent policy period.

   (2) With respect to this Additional Coverage:

   (a) Expenses means:

   (i) Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

   (ii) Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors;

   (iii) Lost income resulting from:

   a) Time taken off work to complete fraud affidavits; or

   b) Meeting with or talking to law enforcement agencies, credit agencies or legal counsel;

**MP T1 68 03 06**     Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

BUSINESSOWNERS

up to a total payment of $5000, subject to a maximum of $200 per day;

**(iv)** Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information;

**(v)** Reasonable attorney fees to:

    **a)** Defend lawsuits brought against an Insured Person by merchants, financial institutions or their collection agencies;

    **b)** Remove any criminal or civil judgments wrongly entered against an Insured Person; or

    **c)** Challenge the accuracy or completeness of any information in a consumer credit report;

**(vi)** Charges for long distance telephone calls to:

    **a)** Merchants;

    **b)** Law enforcement agencies;

    **c)** Financial institutions or similar credit grantors; or

    **d)** Credit agencies; or

**(vii)** Reasonable fees for professional financial advice or professional credit advice.

**(b)** Identity Fraud means:

The act of knowingly transferring or using, without lawful authority, a means of identification of an Insured Person with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law; and

**(c)** Insured Person means:

**(i)** For sole proprietorships;

The individual who is the sole proprietor of the Names Insured shown in the Declarations;

**(ii)** For partnerships;

Any individual that is a partner of the Named Insured shown in the Declarations;

**(iii)** For corporations or any other type of organization;

The Chief Executive Officer, and any individual who has an ownership interest of at least 20% of the Named Insured shown in the Declarations; or

**(iv)** For religious institutions;

The individual who is the senior pastoral "employee" of the Named Insured shown in the Declarations.

**(3)** The following additional exclusions apply to this Additional Coverage:

We will not pay for:

**(a)** Expenses incurred due to any fraudulent, dishonest or criminal act by:

**(i)** An Insured Person;

**(ii)** Any person aiding or abetting an Insured Person; or

**(iii)** Any authorized representative of an Insured Person;

whether acting alone or in collusion with others;

**(b)** Expenses incurred that are not related to the identity of an individual; or

**(c)** Loss other than Expenses. Account balances which arise out of fraudulent or unauthorized charges would be one example of loss other than Expenses.

**(4)** This Additional Coverage does not apply to Expenses otherwise covered under the Unauthorized Business Card Use Additional Coverage.

**(5)** Regardless of the amount of the Businessowners Property Coverage Deductible shown in the Declarations, the most we will deduct from any claim for Expenses under this Additional Coverage for any one Identity Fraud is $250.

Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

**MP T1 68 03 06**

**(6)** The most we will pay under this Additional Coverage is $15,000 for the sum of all covered Expenses arising out of all Identity Fraud against an Insured Person discovered during each separate 12 month period of this policy beginning with the effective date of this endorsement.

**(7)** In order for coverage to be provided under this Additional Coverage, you must:

Send to us, within 60 days after our request, receipts, bills or other records that support your claim for Expenses under Identity Fraud coverage.

**c.** **Lost Key Consequential Loss**

**(1)** We will pay for consequential loss to keys and locks if a master or grand master key is lost or damaged from a Covered Cause of Loss. We will pay for:

**(a)** The actual cost of keys, and

**(b)** Adjustment of locks to accept new keys, or

**(c)** If required, new locks including cost of their installation.

**(2)** Loss or damage must be caused by or result from a Covered Cause of Loss including mysterious disappearance.

**(3)** The most we will pay for loss or damage under this Additional Coverage is $500 at each described premises.

**d.** **Unauthorized Business Card Use**

We will pay for your loss of "money" or charges and costs you incur that result directly from the unauthorized use of credit, debit or charge cards issued in your business name, including:

**(1)** Fund transfer cards;

**(2)** Charge plates; or

**(3)** Telephone cards.

The most we will pay under this Additional Coverage in any one occurrence is $5,000.

**e.** **Utility Services – Direct Damage**

**(1)** We will pay for loss of or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(a)** "Water Supply Services";

**(b)** "Communication Supply Services"; or

**(c)** "Power Supply Services".

**(2)** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $2,500 at each described premises.

**(3)** Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**f.** **Food Contamination Costs**

**(1)** We will pay for the actual loss or actual costs incurred, as described in Paragraph **(2)** below, if a "Public Health Authority" requires that your "operations" be suspended due to discovery of, suspicion of, or exposure to "food contamination" at your locations.

**(2)** We will pay for:

**(a)** The actual loss of Business Income you sustain until the "suspension" is lifted by the "Public Health Authorities";

**(b)** Your costs to clean and sanitize your machinery and equipment as directed by the "Public Health Authorities";

**(c)** Your costs to replace your food declared contaminated by the "Public Health Authorities";

**(d)** The extra costs of advertising including, but not limited to, the expense of telephone, radio, television, newspaper and other media announcements;

**(e)** All reasonable expenses incurred by you for inoculations and similar measures which are taken to prevent the spread of "Communicable Disease" transmitted to persons through ingestion of your food product; and

**MP T1 68 03 06**     Includes the copyrighted material of Insurance Services Office, Inc. with its permission.     Page 3 of 6
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

Travelers Doc Mgmt  98 of 186

BUSINESSOWNERS

**(f)** Necessary medical tests and vaccinations for infected "employees".

**(3)** Paragraph **B.2.d.(8)**, (dealing with Contamination) does not apply to this Additional Coverage.

**(4)** With respect to this Additional Coverage, Paragraph **B.2.d.(7)(d)** (dealing with changes in flavor, color, texture or finish) is replaced by the following:

**(d)** Evaporation, loss of weight or exposure to light;

**(5)** The most we will pay for loss or damage under this Additional Coverage regardless of the number of occurrences or locations involved is $10,000.

**(6)** With respect to this Additional Coverage, the following definitions are provided:

**"Communicable Disease"** means a bacterial microorganism transmitted to customers through human contact with food.

**"Food Contamination"** means a condition in food, which has caused or is suspected of causing food poisoning of one or more of your patrons. Such "food contamination" must result from tainted food, purchased by you, or from a "Communicable Disease" transmitted by one or more of your employees.

**"Public Health Authorities"** means the governmental authority having jurisdiction over your "operations" relating to health and hygiene standards necessary to protect the general public.

**"Suspension"** means the period of time that begins with the notification from the "Public Health Authorities" that your "operations" are to be temporarily closed and ends with the notification from the same "Public Health Authorities" that your "operations" can be resumed.

**7.** The following **Coverage Extensions** are changed as follows:

**a.** The limits applicable to the **Coverage Extension – Accounts Receivable** are changed as follows:

**(1)** The limit applicable to records of accounts receivable while in transit or at a premises other than the described premises is increased by $100,000.

**(2)** The limit applicable to records of accounts receivable at each described premises is increased by $100,000.

**b.** The limit applicable to the **Coverage Extension – Business Income and Extra Expense From Dependent Property** is increased from $10,000 to $25,000.

**c.** The limit applicable to the **Coverage Extension – Business Income and Extra Expense – Newly Acquired Premises** is increased from $250,000 to $500,000.

**d.** Two of the limits applicable to the **Coverage Extension – Electronic Data Processing** are changed as follows:

**(1)** The limit applicable to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media" while in transit or at a premises other than the described premises is increased from $25,000 to $50,000.

**(2)** The limit applicable to loss or damage to "Electronic Data Processing Data and Media" caused by or resulting from "electronic vandalism" is increased from $25,000 to $50,000.

**e.** The limit applicable to the **Coverage Extension – Ordinance or Law – Increased "Period of Restoration"** is increased from $25,000 to $50,000.

**8.** The following **Coverage Extensions** are added:

**a.** **Computer Fraud**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to loss of or damage to Business Personal Property resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the building at the described premises or "banking premises":

**(a)** To a person outside those premises; or

**(b)** To a place outside those premises.

Includes the copyrighted material of Insurance Services Office, Inc. with its permission.   **MP T1 68 03 06**
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

**(2)** Paragraph **B.2.o.** does not apply to this Coverage Extension.

**(3)** The most we will pay under this Coverage Extension in any one occurrence is $5,000, regardless of the number of premises involved.

**b. Limited Building Coverage – Tenant Obligation**

**(1)** If:

**(a)** You are a tenant;

**(b)** A Limit of Insurance is shown in the Declarations for Business Personal Property; and

**(c)** You are contractually obligated to repair or replace that part of a building you occupy as a tenant;

at the described premises, you may extend that insurance to apply to direct physical loss of or damage to that part of a building you occupy as a tenant caused by or resulting from a Covered Cause of Loss other than "theft" or attempted "theft".

**(2)** This Coverage Extension does not apply to any otherwise covered:

**(a)** Building glass; or

**(b)** Tenants improvements and betterments as described in Paragraph **A.1.b.(3)**.

**(3)** The most we will pay under this Coverage Extension in any one occurrence is $5,000 at each described premises.

**c. Utility Services – Time Element**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the loss of Business Income or Extra Expense caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(a)** "Water Supply Services";

**(b)** "Communication Supply Services"; or

**(c)** "Power Supply Services".

**(2)** We will pay the actual loss sustained from the initial time of service(s) failure at the described premises but only when the service interruption at the described premises exceeds 24 hours immediately following the direct physical loss or damage. Coverage does not apply to any reduction of income after service has been restored to your premises.

**(3)** The most we will pay for loss under this Coverage Extension in any one occurrence is $2,500 at each described premises.

**d. Civil Authority – Homicide or Suicide**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises due to a homicide or suicide occurring at such premises.

**(2)** The coverage for Business Income and Extra Expense will begin immediately after the time of that action and will apply for a period of one week after coverage begins.

**e. Water Damage**

**(1)** When a Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to such property caused by or resulting from:

**(a)** Water that backs up or overflows from a sewer or drain; or

**(b)** Water under the ground surface pressing on, or flowing or seeping through:

**(i)** Foundations, walls, floors or paved surfaces;

**(ii)** Basements, whether paved or not; or

**(iii)** Doors, windows or other openings;

BUSINESSOWNERS

all whether naturally occurring or due to man made or other artificial causes.

**(2)** We will not pay under this Coverage Extension for loss or damage caused by:

**(a)** The emanation of water from a sump or similar device designed to prevent overflow or seepage or leakage of subsurface water;

**(b)** The emanation of water from a sewer or drain that is itself directly or indirectly caused by or the result of flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; or

**(c)** Release of water impounded by a dam.

**(3)** Paragraphs **B.1.g.(3)** and **B.1.g.(4)** do not apply to this Coverage Extension.

**(4)** With respect to otherwise covered Business Income and Extra Expense, the causes of loss described in Paragraph **(1)** above will not be considered Covered Causes of Loss.

**(5)** The most we will pay for loss or damage under this Coverage Extension is 10% of the Limit of Insurance shown in the Declarations for Building and Business Personal Property for the described premises, but not more than $10,000 in any one occurrence.

Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

**MP T1 68 03 06**

POLICY NUMBER: 680-2F597898-17-42

BUSINESSOWNERS
ISSUE DATE: 10/27/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

### SCHEDULE

| Premises Location Number | Building Number | Description of Property |
|---|---|---|
| 001 | 001 | ALL PERISHABLE GOODS |

| Limit of Insurance | Deductible | Refrigeration Maintenance Agreement | Causes of Loss: Breakdown or Contamination | Power Outage | Selling Price |
|---|---|---|---|---|---|
| $5,000 | $ 250 | | X | X | |

A. The BUSINESSOWNERS PROPERTY COVER-AGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph A.7.:

   **Spoilage Coverage**

   (1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises and such described premises is shown in the schedule above, you may extend that insurance to apply to direct physical loss of or damage to Perishable Stock caused by or resulting from a covered cause of loss described in Paragraph (3) below and not excluded in Paragraph (4) below.

   (2) This Coverage Extension does not apply to Perishable Stock while located:

       (a) On buildings;

       (b) In the open; or

       (c) In vehicles.

   (3) With respect to this Coverage Extension, covered cause of loss means the follow-ing only if indicated by an "X" in the schedule above:

       (a) **Breakdown or Contamination**, meaning:

           (i) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

           (ii) Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises shown in the schedule; or

       (b) **Power Outage**, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

BUSINESSOWNERS

**(4)** The following exclusions apply to this Coverage Extension:

**(a)** We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**(i)** Manual disconnecting of any refrigeration, cooling, heating or humidity control system from the source of electric power;

**(ii)** Terminating of electric power due to throwing or turning off any switch or other device usual to the shutting off of electric power, on the premises shown in the schedule above; or

**(iii)** Intentional decision of an electric utility company or other source of electric power not to provide sufficient power or the inability of such company or source to provide sufficient power, due to lack of fuel, governmental order or lack of generating capacity to meet the demand.

**(b)** Paragraph **B.1.b.** Earth Movement;

**(c)** Paragraph **B.1.c.** Governmental Action;

**(d)** Paragraph **B.1.d.** Nuclear Hazard;

**(e)** Paragraph **B.1.f.** War and Military Action;

**(f)** Paragraph **B.1.g.** Water; and

**(g)** Paragraph **B.1.h.** Neglect.

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**(5)** Under this Coverage Extension, the following coverages also apply:

**(a)** **Claim Mitigation Expense**

We will pay the reasonable expenses you incur to prevent or reduce loss or damage to the extent that such loss or damage is reduced, but such payment will not increase the applicable Limit of Insurance.

**(b)** **Clean-up and Disposal**

We will pay your expenses to clean-up and dispose of spoiled Covered Property. Payment for Clean-up and Disposal is included within the Limit of Insurance shown in the schedule above.

**(6)** With respect to this Coverage Extension, if Selling price is indicated by an "X" in the schedule above, the following is added to Paragraph **E.4.**:

We will determine the value of finished Perishable Stock in the event of loss or damage at:

**(a)** The selling price, as if no loss or damage had occurred;

**(b)** Less discounts and expenses you otherwise would have had.

**(7)** With respect to this Coverage Extension, Perishable Stock means personal property:

**(a)** Maintained under controlled conditions for its preservation; and

**(b)** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**(8)** Subject to Paragraph **(9)** below, the most we will pay for loss or damage under this Coverage Extension in any one occurrence is the Limit of Insurance shown in the schedule above.

**(9)** Regardless of the amount of the Businessowners Property Coverage Deductible, we will not pay for loss or damage under this Coverage Extension in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the schedule above. We will then pay the amount of loss or damage in excess of this Deductible, up to the applicable Limit of Insurance.

**(10)** Paragraph **C.2.** does not apply to this Coverage Extension.

**(11)** **Refrigeration Maintenance Agreement**

**(a)** If:

**(i)** Breakdown or Contamination is designated by an "X" as a covered cause of loss in the schedule above; and

**(ii)** Refrigeration Maintenance Agreement is shown as applica-

Copyright, The Travelers Indemnity Company, 2004

MP T9 73 02 05

Travelers Doc Mgmt  103 of 186

ble by an "X" in the schedule above;

then the following condition applies:

You must maintain a Refrigeration Maintenance Agreement as described in Paragraph **(b)** below. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement under the Breakdown or Contamination covered cause of loss will be automatically suspended at the described premises involved.

**(b)** Refrigeration Maintenance Agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the insured location, and the servicing and repair of equipment, including emergency response at the insured location.

**DECLARATIONS PREMIUM SCHEDULE**
**Issue Date:** 10/27/2017

**Policy Number:** 680-2F597898-17-42

This Schedule applies to the Declarations for the period of 12/09/2017 to 12/09/2018.

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| STATE | ZIP | CLASS DESCRIPTION/CODE NUMBER | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|-------|-----|-------------------------------|------------------------|-------|-----------------|
| AR | 72211 | CATERING | s 247,093 | 2.142 | 529 |
| AR | 72211 | Liquor Liab - Subject to Premium Audit | s 5,279 | 6.395 | 34 |

**Premium Base Legend:**

| Premium Base | How Rates Apply | Premium Base | How Rates Apply |
|--------------|-----------------|--------------|-----------------|
| a = area | per 1000 sq. feet | s = gross sales | per $1000 of gross sales |
| c = cost | per $1000 of total cost | u = units | per unit |
| e = employees | per employee | t = | This premium base is reserved |
| m = admissions | per 1000 of admissions | | for unusual applications. Base |
| p = payroll | per $1000 of payroll | | and how rates apply are shown |
| r = receipts | per $1000 of receipts | | above. |

CG T0 07 04 09

Travelers Doc Mgmt 105 of 186

**KEY TO DECLARATIONS PREMIUM SCHEDULE**

**ABBREVIATIONS:**

– CLASS DESCRIP – means CLASS DESCRIPTION

– LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

– OPN NO. – means OPERATION NUMBER

– PREM/OPS – means PREMISES/OPERATIONS

– PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|:----------:|--------------|-----------------|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note * below) | (see note * below) |
| u | Units | per unit |

*Premium base t is used for a number of rarely used premium bases.
The specific base and how rates apply are shown with the Class Description
on the DECLARATIONS-PREMIUM SCHEDULE.

**CG T0 08 07 86**

**TABLE OF CONTENTS**

# COMMERCIAL GENERAL LIABILITY
# COVERAGE FORM
# CG 00 01 10 01

SECTION I—COVERAGES

Beginning on Page

Coverage A -
Bodily Injury and Property
Damage Liability

Insuring Agreement ...............................................................1

Exclusions ..........................................................................2

Coverage B -
Personal and Advertising
Injury Liability

Insuring Agreement ...............................................................5

Exclusions ..........................................................................5

Coverage C -
Medical Payments

Insuring Agreement ...............................................................7

Exclusions ..........................................................................7

Supplementary Payments ..............................................................................7

SECTION II—WHO IS AN INSURED ..........................................................................8

SECTION III—LIMITS OF INSURANCE ..................................................................10

SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS..........................................10

Bankruptcy ...........................................................................................10
Duties in the Event of Occurrence, Claim or Suit.............................................................10
Legal Action Against Us .......................................................................................11
Other Insurance ................................................................................................11
Premium Audit ................................................................................................12
Representations ...............................................................................................12
Separation of Insureds ........................................................................................12
Transfer of Rights of Recovery Against Others To Us........................................................12
When We Do Not Renew ......................................................................................12

SECTION V—DEFINITIONS ...............................................................................12

CG T0 34 11 03

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

COMMERCIAL GENERAL LIABILITY

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such

premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the

"bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

 © ISO Properties Inc., 2000 **CG 00 01 10 01**

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.  Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

COMMERCIAL GENERAL LIABILITY

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding

to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents   or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will  not  pay any  prejudgment

COMMERCIAL GENERAL LIABILITY

interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I – Coverage A – Bodily Injury And Property Damage Liability**, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© ISO Properties Inc., 2000

CG 00 01 10 01

**2.** Each of the following is also an insured:

  **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    **(1)** "Bodily injury" or "personal and advertising injury":

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

      **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

      **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

      **(d)** Arising out of his or her providing or failing to provide professional health care services.

    **(2)** "Property damage" to property:

      **(a)** Owned, occupied or used by,

      **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

  **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

  **c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

  **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

  **a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

  **b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

  **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

COMMERCIAL GENERAL LIABILITY

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B** .

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person

© ISO Properties Inc., 2000

or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contrib-

COMMERCIAL GENERAL LIABILITY

ute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

© ISO Properties Inc., 2000          **CG 00 01 10 01**

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

     **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

     **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical

COMMERCIAL GENERAL LIABILITY

device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

     **(a)** Snow removal;

     **(b)** Road maintenance, but not construction or resurfacing; or

     **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

     **(a)** When all of the work called for in your contract has been completed.

     **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

     **(c)** When that part of the work done at a job site has been put to its intended

© ISO Properties Inc., 2000

**CG 00 01 10 01**

use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and  to which the insured

must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

COMMERCIAL GENERAL LIABILITY

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties Inc., 2000
**CG 00 01 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **f.(2) Pollution**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY ENDORSEMENT – PRODUCTS-COMPLETED OPERATIONS HAZARD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "products-completed operations hazard" **Section V – Definitions** is amended by deleting item **16.b. (3)** and replacing it with:

**(3)** Products or operations for which the classification, listed in the Declarations, in a policy schedule or in our manual of rules, states that the products-completed operations are subject to the General Aggregate Limit.

**CG D3 09 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

**A. AMENDMENT OF DEFINITION OF PERSONAL AND ADVERTISING INJURY**

The following replaces the definition of "personal and advertising injury" in the **DEFINITIONS** Section:

"Personal and advertising injury" means "personal injury" or "advertising injury".

**B. AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES BECAUSE OF PERSONAL INJURY ASSUMED BY NAMED INSURED IN AN INSURED CONTRACT**

1. The following is added to Exclusion **e.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

This exclusion also does not apply to liability for damages because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

   **(1)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

   **(2)** Such attorney fees and litigation expenses are for defense of that party against a civ-il or alternative dispute resolution pro-ceeding in which damages to which this insurance applies are alleged.

2. The following replaces the third sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**:

Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage A – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section I – Coverage B – Personal and Advertising Injury Liability, such payments will not be deemed to be damages because of "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

3. The following replaces the first paragraph of Paragraph **f.** of the definition of "insured contract" in the **DEFINITIONS** Section:

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**C. ADDITION OF ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSION**

The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal injury" or "advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**D. AMENDMENT OF OTHER EXCLUSIONS**

1. The following replaces Exclusion **b.**, **Material**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**Published With Knowledge Of Falsity**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**b. Material Published With Knowledge Of Falsity**

"Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**2.** The following replaces Exclusion **c.**, **Material Published Prior To Policy Period**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**c. Material Published Or Used Prior To Policy Period**

**(1)** "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

**(2)** "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**3.** The following replaces Exclusion **f.**, **Breach Of Contract**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**f. Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**4.** The following replaces Exclusion **g.**, **Quality Or Performance of Goods – Failure To Conform To Statements**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**5.** The following replaces Exclusion **h.**, **Wrong Description Of Prices**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**h. Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**6.** The following replaces Exclusion **i.**, **Infringement Of Copyright, Patent, Trademark, Or Trade Secret**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**i. Intellectual Property**

"Personal injury" or "advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**7.** The following replaces Exclusion **j.**, **Insureds In Media And Internet Type Businesses**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**j. Insureds In Media And Internet Type Businesses**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG D4 71 01 15**

"Personal injury" or "advertising injury" arising out of an offense committed by an insured whose business is:

**(1)** Advertising, "broadcasting" or publishing;

**(2)** Designing or determining content of web-sites for others; or

**(3)** An Internet search, access, content or service provider.

This exclusion does not apply to Paragraphs **a.(1), (2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**8.** The following replaces Paragraph **(2)** of Exclusion **n., Pollution-Related**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**(2)** Claim or suit by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**E. AMENDMENT OF WHO IS AN INSURED**

The following replaces the introductory phrase of Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

**(1)** "Bodily injury" or "personal injury":

**F. AMENDMENT OF LIMITS OF INSURANCE**

The following replaces Paragraph **4.** of **SECTION III – LIMITS OF INSURANCE**:

Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all

"personal injury" and "advertising injury" sustained by any one person or organization.

**G. ADDITIONAL DEFINITIONS**

The following is added to the **DEFINITIONS** Section:

"Advertising injury":

**a.** Means injury, other than "personal injury", caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light; or

**(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

"Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

**(1)** Radio or television programming being transmitted;

**(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

**(3)** Advertising transmitted with any of such programming.

"Personal injury":

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

**(1)** False arrest, detention or imprisonment;

**(2)** Malicious prosecution;

**(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

**(5)** Oral or written publication, including publication by electronic means, of material that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

"Slogan":

**a.** Means a phrase that others use for the purpose of attracting attention in their advertising.

**b.** Does not include a phrase used as, or in, the name of:

**(1)** Any person or organization, other than you; or

**(2)** Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

"Title" means a name of a literary or artistic work.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 71 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), Paragraph **4. (Other Insurance)**, is amended as follows:

1. The following is added to Paragraph **a. Primary Insurance:**

   However, if you specifically agree in a written contract or written agreement that the insurance provided to an additional insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

   **a.** The "bodily injury" or "property damage" for which coverage is sought occurs; and

   **b.** The "personal injury" or "advertising injury" for which coverage is sought arises out of an offense committed

   subsequent to the signing and execution of that contract or agreement by you.

2. The first Subparagraph **(2)** of Paragraph **b. Excess Insurance** regarding any other primary insurance available to you is deleted.

3. The following is added to Paragraph **b. Excess Insurance**, as an additional subparagraph under Subparagraph **(1):**

   That is available to the insured when the insured is added as an additional insured under any other policy, including any umbrella or excess policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the **PROVISIONS** of this endorsement carefully to determine rights, duties, and what is and is not covered.

**A.** Broadened Named Insured

**B.** Damage To Premises Rented To You Extension
- Perils of fire, explosion, lightning, smoke, water
- Limit increased to $300,000

**C.** Blanket Waiver of Subrogation

**D.** Blanket Additional Insured– Managers or Lessors of Premises

**E.** Blanket Additional Insured – Lessor of leased Equipment

**F.** Incidental Medical Malpractice

**G.** Personal Injury – Assumed by Contract

**H.** Extension of Coverage – Bodily Injury

**I.** Injury to Co-Employees and Co-Volunteer Workers

**J.** Aircraft Chartered with Crew

**K.** Non-Owned Watercraft – Increased from 25 feet to 50 feet

**L.** Increased Supplementary Payments
- Cost for bail bonds increased to $2,500
- Loss of earnings increased to $500 per day

**M.** Knowledge and Notice of Occurrence or Offense

**N.** Unintentional Omission

**O.** Reasonable Force – Bodily Injury or Property Damage

## PROVISIONS

### A. BROADENED NAMED INSURED

**1.** The Named Insured in Item **1.** of the Declarations is as follows:

The person or organization named in Item **1.** of the Declarations and any organization, other than a partnership or joint venture, over which you maintain ownership or majority interest on the effective date of the policy. However, coverage for any such organization will cease as of the date during the policy period that you no longer maintain ownership of, or majority interest in, such organization.

**2.** WHO IS AN INSURED (Section **II**) Item **4.a.** is deleted and replaced by the following:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, unless reported in writing to us within 180 days.

**3.** This Provision **A.** does not apply to any person or organization for which coverage is excluded by endorsement.

### B. DAMAGE TO PREMISES RENTED TO YOU EXTENSION

**1.** The last paragraph of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

Exclusions **c.** through **n.** do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Fire;

**b.** Explosion;

**c.** Lightning;

**d.** Smoke resulting from such fire, explosion, or lightning; or

**e.** Water.

A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section **III**).

**2.** This insurance does not apply to damage to premises while rented to you, or temporarily

COMMERCIAL GENERAL LIABILITY

occupied by you with permission of the owner, caused by:

**a.** Rupture, bursting, or operation of pressure relief devices;

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

**c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

**3.** Part **6.** of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under COVERAGE A. for damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner, caused by fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water. The Damage To Premises Rented To You Limit will apply to all damage proximately caused by the same "occurrence", whether such damage results from fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water, or any combination of any of these.

The Damage To Premises Rented To You Limit will be the higher of:

**a.** $300,000; or

**b.** The amount shown on the Declarations for Damage To Premises Rented To You Limit.

**4.** Under DEFINITIONS (Section **V**), Paragraph **a.** of the definition of "insured contract" is amended so that it does not include that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Fire;

**b.** Explosion;

**c.** Lightning;

**d.** Smoke resulting from such fire, explosion, or lightning; or

**e.** Water.

**5.** This Provision **B.** does not apply if coverage for Damage To Premises Rented To You of

COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is excluded by endorsement.

**C. BLANKET WAIVER OF SUBROGATION**

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right where you have agreed to do so as part of a written contract, executed by you prior to loss.

**D. BLANKET ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES**

WHO IS AN INSURED (Section **II**) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of any premises leased to you, subject to the following provisions:

**1.** Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

**2.** The insurance afforded to the additional insured does not apply to:

**a.** Any "occurrence" that takes place after you cease to be a tenant in that premises;

**b.** Any premises for which coverage is excluded by endorsement; or

**c.** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**3.** The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**E. BLANKET ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT**

WHO IS AN INSURED (Section **II**) is amended to include as an insured any person or organization (referred to below as "additional insured") with

 Copyright, The Travelers Indemnity Company, 2003   **CG D1 86 11 03**

whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such additional insured, subject to the following provisions:

1. Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

2. The insurance afforded to the additional insured does not apply to:

   a. Any "occurrence" that takes place after the equipment lease expires; or

   b. "Bodily injury" or "property damage" arising out of the sole negligence of such additional insured.

3. The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**F. INCIDENTAL MEDICAL MALPRACTICE**

1. The definition of "bodily injury" in DEFINITIONS (Section V) is amended to include "Incidental Medical Malpractice Injury".

2. The following definition is added to DEFINITIONS (Section V):

   "Incidental medical malpractice injury" means bodily injury, mental anguish, sickness or disease sustained by a person, including death resulting from any of these at any time, arising out of the rendering of, or failure to render, the following services:

   a. Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages;

   b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

   c. First aid.

   d. "Good Samaritan services". As used in this Provision F., "Good Samaritan services" are those medical services rendered or provided in an emergency and

for which no remuneration is demanded or received.

3. Paragraph **2.a.(1)(d)** of WHO IS AN INSURED (Section II) does not apply to any registered nurse, licensed practical nurse, emergency medical technician or paramedic employed by you, but only while performing the services described in paragraph **2.** above and while acting within the scope of their employment by you. Any "employees" rendering "Good Samaritan services" will be deemed to be acting within the scope of their employment by you.

4. The following exclusion is added to paragraph **2.** Exclusions of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

   (This insurance does not apply to:) Liability arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals by or with the knowledge or consent of the insured.

5. For the purposes of determining the applicable limits of insurance, any act or omission, together with all related acts or omissions in the furnishing of the services described in paragraph **2.** above to any one person, will be considered one "occurrence".

6. This Provision **F.** does not apply if you are in the business or occupation of providing any of the services described in paragraph **2.** above.

7. The insurance provided by this Provision **F.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**G. PERSONAL INJURY – ASSUMED BY CONTRACT**

1. The **Contractual Liability** Exclusion in Part **2., Exclusions** of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages) is deleted and replaced by the following:

   (This insurance does not apply to:)

   **Contractual Liability**

   "Advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for

COMMERCIAL GENERAL LIABILITY

damages that the insured would have in the absence of the contract of agreement.

2. Subparagraph **f.** of the definition of "insured contract" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

   f.   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury," "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

3. This Provision **G.** does not apply if COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY is excluded by endorsement.

## H.   EXTENSION OF COVERAGE – BODILY INJURY

The definition of "bodily injury" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

## I.   INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS

1. Your "employees" are insureds with respect to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you, or to your "volunteer workers" while performing duties related to the conduct of your business, provided that this coverage for your "employees" does not apply to acts outside the scope of their employment by you or while performing duties unrelated to the conduct of your business.

2. Your "volunteer workers" are insureds with respect to "bodily injury" to a co-"volunteer worker" while performing duties related to the conduct of your business, or to your "employees" in the course of the "employee's" employment by you, provided that this coverage for your "volunteer workers" does not apply while performing duties unrelated to the conduct of your business.

3. Subparagraphs **2.a.(1)(a)**, **(b)** and **(c)** and **3.a.** of WHO IS AN INSURED (Section **II**) do not apply to "bodily injury" for which insurance is provided by paragraph **1.** or **2.** above.

## J.   AIRCRAFT CHARTERED WITH CREW

1. The following is added to the exceptions contained in the **Aircraft, Auto Or Watercraft** Exclusion in Part **2., Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

   (This exclusion does not apply to:) Aircraft chartered with crew to any insured.

2. This Provision **J.** does not apply if the chartered aircraft is owned by any insured.

3. The insurance provided by this Provision **J.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

## K.   NON-OWNED WATERCRAFT

1. The exception contained in Subparagraph **(2)** of the **Aircraft, Auto Or Watercraft** Exclusion in Part **2., Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

   **(2)** A watercraft you do not own that is:

      **(a)** Fifty feet long or less; and

      **(b)** Not being used to carry persons or property for a charge;

2. This Provision **K.** applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

3. The insurance provided by this Provision **K.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

## L.   INCREASED SUPPLEMENTARY PAYMENTS

Parts **b.** and **d.** of SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section **I** – Coverages) are amended as follows:

1. In Part **b.** the amount we will pay for the cost of bail bonds is increased to $2500.

   Copyright, The Travelers Indemnity Company, 2003   **CG D1 86 11 03**

2.  In Part **d.** the amount we will pay for loss of earnings is increased to $500 a day.

## M. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE

1.  The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **2.** (Duties In The Event of Occurrence, Offense, Claim or Suit):

    Notice of an "occurrence" or of an offense which may result in a claim under this insurance shall be given as soon as practicable after knowledge of the "occurrence" or offense has been reported to any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice.

    Knowledge by other "employee(s)" of an "occurrence" or of an offense does not imply that you also have such knowledge.

2.  Notice shall be deemed prompt if given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us as soon as practicable after any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice discovers that the "occurrence", offense or claim may involve this policy.

3.  However, this Provision **M.** does not apply as respects the specific number of days within which you are required to notify us in writing of the abrupt commencement of a discharge, release or escape of "pollutants" which causes "bodily injury" or "property damage" which may otherwise be covered under this policy.

## N. UNINTENTIONAL OMISSION

The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **6.** (Representations):

The unintentional omission of, or unintentional error in, any information provided by you shall not prejudice your rights under this insurance. However, this Provision **N.** does not affect our right to collect additional premium or to exercise our right of cancellation or nonrenewal in accordance with applicable state insurance laws, codes or regulations.

## O. REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE

The **Expected Or Intended Injury** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

(This insurance does not apply to:)

**Expected or Intended Injury or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit - If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED – CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Declarations and used by the insured for the sale of food or beverages to be consumed on the premises, or

2. In connection with the conduct of any operation, when conducted by you or on your behalf,

Paragraph **a.** of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION – COOLING, DEHUMIDIFYING AND WATER HEATING EQUIPMENT EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following replaces Paragraph **(1)(a)(i)** of Exclusion **f., Pollution,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – AMENDMENT OF OCCURRENCE DEFINITION FOR BODILY INJURY OR PROPERTY DAMAGE RESULTING FROM FAULTY WORKMANSHIP

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

For the purposes of complying with Arkansas Code Section 23-79-155, the following provisions are added. Pursuant to Arkansas Code Section 23-79-155, these provisions do not serve to restrict or limit the applicability of any exclusion, or other coverage limitation, for "bodily injury" or "property damage" under this Coverage Part, including in any other endorsement to this Coverage Part.

1. The following replaces the definition of "occurrence" in the **DEFINITIONS** Section, but only for the purpose of determining whether "bodily injury or property damage resulting from faulty workmanship" is caused by an "occurrence":

   "Occurrence" means:

   a. An accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

   b. An act or omission, including all related acts or omissions, that causes "bodily injury or property damage resulting from faulty workmanship".

2. The following is added to the **DEFINITIONS** Section:

   "Bodily injury or property damage resulting from faulty workmanship" means "bodily injury" or "property damage" that results from a defect, deficiency, inadequacy or dangerous condition in "your work" performed by you or on your behalf.

 © 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "property damage" in **SECTION V – DEFINITIONS** is deleted in its entirety and replaced by the following:

"Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

**a.** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**b.** Data stored on such media; or

**c.** Programming records for electronic data processing or electronically controlled equipment.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Unsolicited Communication**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

2. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES –**

   **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

   **Unsolicited Communication**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

3. The following is added to the **DEFINITIONS** Section:

   "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE EQUIPMENT REDEFINED – EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following replaces Paragraph **(5)** of Exclusion **g.**, **Aircraft, Auto Or Watercraft**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**2.** The following replaces the definition of "auto" in the **DEFINITIONS** Section:

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** The following is added as to the definition of "mobile equipment" in the **DEFINITIONS** Section:

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

**4.** Paragraph **3.** of **SECTION II – WHO IS AN INSURED** is deleted.

**CG D3 56 05 14**          © 2014 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1.  The following replaces Paragraph **(2)** of Exclusion **b.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

    (2) Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

    (a) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

    (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2.  The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a.**, **b.**, **c.**, **d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

    2. If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

    a.  The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    b.  This insurance applies to such liability assumed by you;

    c.  The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

    d.  The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

    e.  You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3.  The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

    Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    a.  We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

    b.  The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

1. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   **Violation Of Consumer Financial Protection Laws**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

2. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

   **Violation Of Consumer Financial Protection Laws**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

3. The following is added to the **DEFINITIONS** Section:

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

a. Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

b. Information bearing on a person's credit worthiness, credit standing or credit capacity.

c. Social security number.

d. Drivers license number.

e. Birth date.

"Consumer financial protection law" means:

a. The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

b. California's Song-Berverly Credit Card Act and any of its amendments; or

c. Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

 © 2011 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1. COVERAGE A – BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY** – is amended by adding the following additional exclusion:

(This Insurance does not apply to:)

"Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

**2. COVERAGE B – PERSONAL AND ADVERTIS-ING INJURY LIABILITY** – is amended by adding the following additional exclusion:

(This insurance does not apply to:)

"Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions:**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions:**

This insurance does not apply to:

**War**

"Personal injury" or "advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

Copyright, The Travelers Indemnity Company, 2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE C--MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Under SECTION I, Exclusion f. of COVERAGE C--MEDICAL PAYMENTS - is replaced by the following:

f. Which occurs away from premises you own or rent and is included within the "products-completed operations hazard."

**CG T3 56 07 86**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "pollutants" in Section **V –** DEFINITIONS of this Coverage Part or in any endorsement to this Coverage Part is deleted and replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

1. The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

2. The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

    **(i)** PERC for a dry cleaning business,; or

    **(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

3. The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

4. The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIQUOR LIABILITY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**PROVISIONS**

**A.** The following is added to **Section I – Coverage A – Bodily Injury And Property Damage Liability** Paragraph **1. Insuring Agreement:**

  **f.** "Bodily injury" or "property damage" arising out of the "liquor liability hazard" shall be deemed to be caused by an "occurrence".

**B. Section III – Limits Of Insurance** is amended by replacing item **5.** with the following:

  **5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most that we will pay for the sum of:

  **(a)** Damages under **Coverage A** other than damages arising out of the "liquor liability hazard";

  **(b)** Medical expenses under **Coverage C;** and

  **(c)** Damages arising out of the "liquor liability hazard"

  because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**C.** Under paragraph **2. Exclusions** of **Section I Coverage A – Bodily Injury And Property Damage Liability,** exclusions **b., c., f., g., h., i., j., k., l., m.** and **n.** do not apply to the "liquor liability hazard".

**D.** Only as respects the **PROVISIONS** of this endorsement within the "liquor liability hazard" definition:

  **1.** Under paragraph **2. Exclusions** of **Section I Coverage A – Bodily Injury And Property Damage Liability,** the following exclusions are added:

  **p.** "Bodily injury" or "property damage" arising out of the "liquor liability hazard" does not apply while any required license is suspended or after such license expires, is canceled or revoked.

  **q.** "Bodily injury" or "property damage" arising out of "your product". This exclusion does not apply to "bodily injury" or "property damage" for which the insured or the insured's indemnitees may be liable by reason of

  **(1)** Causing or contributing to intoxication of any person;

  **(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

  **(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

  **r.** "Bodily injury" or "property damage" with respect to which other insurance is afforded or which would be afforded but for the exhaustion of the limits of insurance.

  This exclusion does not apply if the other insurance responds to damages imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**E.** Only as respects the **PROVISIONS** of this endorsement, the following is added to **Section V – Definitions:**

  "Liquor liability hazard" includes all "bodily injury" and "property damage" arising out of the selling, serving or furnishing of any alcoholic beverage.

**F.** Only as respects the **PROVISIONS** of this endorsement, the definition of "bodily injury" in **Section V – Definitions** is deleted and replaced by:

  "Bodily injury" means bodily injury, sickness or disease sustained by a person along with damages for care, loss of services or loss of support including death resulting from any of these.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      EMPLOYEE BENEFITS LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**Provisions**

1. Injury, damage or loss might be covered by this policy and also by other policies issued to you by us or any Travelers affiliate. When these other policies contain a provision similar to this one, the amount we will pay is limited. The maximum that we will pay under all such policies combined is the highest limit that applies in any one of these policies.

2. This does not apply to any personal liability policy or to any Umbrella, Excess or Protective Liability Policy.

# INTERLINE ENDORSEMENTS

# INTERLINE ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:
> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
> CYBERFIRST LIABILITY COVERAGE
> DELUXE PROPERTY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY+ WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COV-
> ERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EQUIPMENT BREAKDOWN COVERAGE PART
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
> INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF
> TRANSPORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism
> Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

**IL T4 14 01 15**
© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
FARM COVERAGE PART

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense, rental value or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

    A. Under any Liability Coverage, to "bodily injury" or "property damage":

    (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

    (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "special nuclear material" or "by-product material".

    "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

    "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

**IL 00 21 09 08**  © ISO Properties, Inc., 2007  Page 1 of 2

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following is added to the Common Policy Conditions:

**Multiyear Policies**

We may issue this policy for a term in excess of 12 months with the premium adjusted on an annual basis in accordance with our rates and rules.

**C. 1.** Except as provided in **C.2.** below, the **Appraisal** Condition, if any, is replaced by the following:

    **a.** If we and you disagree on the value of the property or the amount of loss ("loss"), either party may make a written request for an appraisal of the loss ("loss"). However, an appraisal will be made only if both we and you agree, voluntarily, to have the loss ("loss") appraised. If so agreed, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire.

    **b.** An appraisal decision will not be binding on either party.

    **c.** If there is an appraisal, we will still retain our right to deny the claim.

    **d.** Each party will:

        **(1)** Pay its chosen appraiser; and

        **(2)** Bear the other expenses of the appraisal and umpire equally.

**C. 2.** The **Appraisal** Condition in Business Income Coverage Form (And Extra Expense) **CP 00 30,** Business Income Coverage Form (Without Extra Expense) **CP 00 32** and Capital Assets Program Coverage Form (Output Policy) **OP 00 01,** Paragraph **A.7.** Business Income And Extra Expense, is replaced by the following:

    **a.** If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either party may make a written request for an appraisal of the loss. However, an appraisal will be made only if both we and you agree, voluntarily, to have the loss appraised. If so agreed, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire.

    **b.** An appraisal decision will not be binding on either party.

    **c.** If there is an appraisal, we will still retain our right to deny the claim.

    **d.** Each party will:

        **(1)** Pay its chosen appraiser; and

        **(2)** Bear the other expenses of the appraisal and umpire equally.

**D. 1.** This Paragraph **D.2.** does not apply to the following:

    Farm Liability Coverage Form

Legal Liability Coverage Form

**2.** The two-year limitation in the Legal Action Against Us Condition is changed to five years.

**E. 1.** This Paragraph **E.2.** does not apply to the following:

Crime and Fidelity Coverage Part

Farm Liability Coverage Form

Legal Liability Coverage Form

Mortgageholders Errors And Omissions Coverage Form

**2.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

We will be entitled to recovery only after the insured ("insured") has been fully compensated for the loss ("loss") or damage sustained.

**F.** The following is added to the **Transfer Of Your Rights Of Recovery Against Others To Us** Condition for the Crime and Fidelity Coverage Part:

Notwithstanding the procedures set forth in the **Recoveries** Condition, we will be entitled to recovery only after the insured has been fully compensated for the loss sustained.

**G.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition in Legal Liability Coverage Form **CP 00 40** and Mortgageholders Errors And Omissions Coverage Form **CP 00 70:**

We will be entitled to recovery only after the insured has been fully compensated for the loss or damage sustained, including expenses incurred in obtaining full compensation for the loss or damage.

© Insurance Services Office, Inc., 2016
**IL 01 63 05 17**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

        COMMERCIAL GENERAL LIABILITY COVERAGE PART
        COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
        FARM LIABILITY COVERAGE FORM
        FARM UMBRELLA LIABILITY POLICY
        LIQUOR LIABILITY COVERAGE PART
        MEDICAL PROFESSIONAL LIABILITY
        OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
        POLLUTION LIABILITY COVERAGE PART
        PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
        RAILROAD PROTECTIVE LIABILITY COVERAGE PART
        UNDERGROUND STORAGE TANK POLICY

The following is added to the **Transfer Of Rights Of Recovery Against Others To Us**   Condition:

We will be entitled to recovery only after the insured ("insured") has been fully compensated for the loss or damage sustained, including expenses incurred in obtaining full compensation for the loss or damage.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    FARM UMBRELLA LIABILITY POLICY
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **5.** **a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

    **b.** We will refund the pro rata unearned premium if the policy is:

      **(1)** Cancelled by us or at our request;

      **(2)** Cancelled but rewritten with us or in our company group;

      **(3)** Cancelled because you no longer have an insurable interest in the property or business operation that is the subject of this insurance; or

      **(4)** Cancelled after the first year of a pre-paid policy that was written for a term of more than one year.

    **c.** If the policy is cancelled at the request of the first Named Insured, other than a cancellation described in **b.(2)**, **(3)** or **(4)** above, we will refund 90% of the pro rata unearned premium. However, the refund will be less than 90% of the pro rata un-earned premium if the refund of such amount would reduce the premium re-tained by us to an amount less than the minimum premium for this policy.

    **d.** The cancellation will be effective even if we have not made or offered a refund.

    **e.** If the first Named Insured cancels the policy, we will retain no less than $100 of the premium, subject to the following:

      **(1)** We will retain no less than $250 of the premium for the Equipment Breakdown Coverage Part.

      **(2)** We will retain the premium developed for any annual policy period for the General Liability Classifications, if any, shown in the Declarations.

      **(3)** If the Commercial Auto Coverage Part covers only snowmobiles or golfmobiles, we will retain $100 or the premium shown in the Declarations, whichever is greater.

      **(4)** If the Commercial Auto Coverage Part covers an "auto" with a mounted amusement device, we will retain the premium shown in the Declarations for the amusement device and not less than $100 for the auto to which it is attached.

**B.** The following is added to the **Cancellation** Common Policy Condition:

   **7.** **Cancellation Of Policies In Effect More Than 60 Days**

      **a.** If this policy has been in effect more than 60 days or is a renewal policy, we may cancel only for one or more of the following reasons:

         **(1)** Nonpayment of premium;

         **(2)** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;

         **(3)** The occurrence of a material change in the risk which substantially increases any hazard insured against after policy issuance;

         **(4)** Violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or its occupancy which substantially increases any hazard insured against under the policy;

         **(5)** Nonpayment of membership dues in those cases where our by-laws, agreements or other legal instruments require payment as a condition of the issuance and maintenance of the policy; or

         **(6)** A material violation of a material provision of the policy.

      **b.** Subject to Paragraph **7.c.,** if we cancel for:

         **(1)** Nonpayment of premium, we will mail or deliver written notice of cancellation, stating the reason for cancellation, to the first Named Insured and any lienholder or loss payee named in the policy at least 10 days before the effective date of cancellation.

         **(2)** Any other reason, we will mail or deliver notice of cancellation to the first Named Insured and any lienholder or loss payee named in the policy at least 20 days before the effective date of cancellation.

      **c.** The following applies to the Farm Umbrella Liability Policy, Commercial Liability Umbrella Coverage Part and the Commercial Automobile Coverage Part:

         **(1)** If we cancel for nonpayment of premium, we will mail or deliver written notice of cancellation, stating the reason for cancellation, to the first Named Insured and any lienholder or loss payee named in the policy, and any lessee of whom we have received notification prior to the loss, at least 10 days before the effective date of cancellation;

         **(2)** If we cancel for any other reason, we will mail or deliver notice of cancellation to the first Named Insured and any lienholder or loss payee named in the policy, and any lessee of whom we have received notification prior to the loss, at least 20 days before the effective date of cancellation.

**C.** Paragraph **g.** of the **Mortgageholders** Condition, if any, is replaced by the following:

   **g.** If we elect not to renew this policy, we will give written notice to the mortgageholder:

      **(1)** As soon as practicable if nonrenewal is due to the first Named Insured's failure to pay any premium required for renewal; or

      **(2)** At least 60 days before the expiration date of this policy if we nonrenew for any other reason.

**D.** The following Condition is added and supersedes any other provision to the contrary:

**NONRENEWAL**

   **1.** If we decide not to renew this policy, we will mail to the first Named Insured shown in the Declarations, and to any lienholder or loss payee named in the policy, written notice of nonrenewal at least 60 days before:

      **a.** Its expiration date; or

      **b.** Its anniversary date, if it is a policy written for a term of more than one year and with no fixed expiration date.

   However, we are not required to send this notice if nonrenewal is due to the first Named Insured's failure to pay any premium required for renewal.

   The provisions of this Paragraph **1.** do not apply to any mortgageholder.

   **2.** We will mail our notice to the first Named Insured's mailing address last known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> DELUXE PROPERTY COVERAGE PART
> FARM COVERAGE PART

**PROVISIONS**

The definition of "pollutants" in this Coverage Part or in any endorsement to this Coverage Part is deleted and replaced by the following:

1. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

   a. Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

   b. Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

   c. Coal tar, manufactured gas plant (MGP) by-products and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

   d. Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead cadmium, chromium and mercury.

2. This definition of "pollutants" applies regardless of whether:

   a. The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the loss or damage is specifically identified or described in this definition, such as waste from manufacturing operations;

   b. The irritant or contaminant has or had any function in any of the insured's businesses, operations, premises, sites or locations, such as:

      (i) PERC for a dry cleaning business; or

      (ii) TCE, or any of the other items included as examples of "pollutants" in **1.b.** above, for degreasing operations;

   c. The irritant or contaminant represents a major source of potential loss or damage for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **1.a.** above for a gasoline station; or

   d. The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**

Page 1 of 1

# IMPORTANT NOTICE – POLICYHOLDER INFORMATION – ARKANSAS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

In the event you need to contact someone about this policy, please contact your agent as shown on your policy or in the material accompanying the policy. If you need additional assistance, you may contact us at the address listed below:

Travelers
One Tower Square
Hartford, CT 06183

Telephone: 1-800-328-2189

If you feel we have failed to provide you with reasonable and adequate service, feel free to contact:

Arkansas Insurance Department
1200 West Third Street
Little Rock, Arkansas 72201

Telephone: (501) 371-2640 or (800) 852-5494

**PN T4 71 12 09**

Page 1 of 1

# IMPORTANT NOTICE –
# JURISDICTIONAL INSPECTIONS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMA-TION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR LOCAL COMPANY REPRESENTATIVE IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF THE POLICY PREVAIL.**

Dear Policyholder;

Many states and some cities issue certificates permitting the continued operation of certain equipment such as boilers, water heaters, pressure vessels, etc. Periodic inspections are normally required to renew these certifi-cates. In most jurisdictions, insurance company employees who have been licensed are authorized to perform these inspections.

If:

- You own or operate equipment that requires a certificate from a state or city to operate legally, and

- We Insure that equipment under this Policy, and

- You would like us to perform the next required inspection;

Then;

Call this toll-free number – **1-800-425-4119**

When you call this number, our representative will ask you for the following information:

- Name of your business (as shown on this Policy)

- Policy Number

- Location where the equipment is located. Including Zip Code.

- Person to contact and phone number for scheduling of inspection

- Type of equipment requiring inspection

- Certificate inspection date and certificate number

Or;

Fill in the form on the reverse side of this notice and fax it to the toll-free number indicated on that form.

Please note the following:

- Your jurisdiction may charge you a fee for renewing a certificate. It is your responsibility to pay such a fee.

- All the provisions of the INSPECTIONS AND SURVEYS Condition apply to the inspections described in this notice.

# REMINDER

If new equipment is installed or old equipment replaced that requires a jurisdictional inspection please let us know by calling our toll-free number listed above.

# REQUEST FOR JURISDICTIONAL INSPECTION

Name of
Business:_____

(As Shown on Policy)

Policy
Number: _____

Location of Equipment:

City                          State                          ZipCode

Person to Contact for Scheduling Inspection:_____

Telephone Number of Person to Contact: _____

| Equipment Type | Certificate Number | Certificate Expiration Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Fax Form to 1-877-764-9535**

Completed by:_____ Phone Number: _____

**PN MP 38 01 11**

Travelers Doc Mgmt  172 of 186



# IMPORTANT INFORMATION FOR MASTER PAC POLICYHOLDERS

Dear Policyholder:

Enclosed is your Travelers Master Pac Renewal Certificate. An asterisk on the Listing of Forms, Endorsements and Schedule Numbers, IL T8 01, indicates forms that are included with this year's renewal. Any forms previously attached to your policy that are not shown on that listing no longer apply.

Please put the Certificate and the attached forms with your policy as soon as possible. If you have misplaced your policy, please contact your agent for a copy.

**To Our Valued Customer,**

**Each year, homeowners and business owners across the nation sustain significant weather-related property damage due to floods. These can include losses caused by waves, tidal waters, the overflow of a body of water, the rapid accumulation or runoff of surface water, and mudslide. In nearly all cases, these flood losses cannot be prevented or even anticipated. And, in many instances, the losses are devastating.**

**Most standard property insurance policies, including most of our policies, do <u>not</u> provide coverage for flood losses. While flood coverage is often available – primarily through the <u>National Flood Insurance Program</u> – it is rarely purchased. Unfortunately, each year we find that some policyholders are surprised and disappointed to learn that damages they have suffered as a direct result of flood are not covered under the policies they have purchased.**

**Please review your insurance coverage with your agent or Company representative. As you consider the need for flood insurance, keep in mind that floods can, and do, occur in locations all over the country. They are not limited to coastal areas or locations with nearby rivers or streams. Several inches of rain falling over a short period of time can cause flood damage, even in normally dry areas that are not prone to flooding.**

**For further information about Flood Insurance, contact your agent or company representative, or contact the National Flood Insurance Program directly.**

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**OTHER INTEREST**                                                                         **CHANGE ENDORSEMENT**
**INSURING COMPANY:**
**THE TRAVELERS INDEMNITY COMPANY**

**Named Insured:** RSVP CATERING, LLC

**Policy Number:** 680-2F597898-17-42
**Policy Effective Date:** 12/09/2017
**Policy Expiration Date:** 12/09/2018
**Issue Date:** 10/30/2017
**RETURN      Premium $** -55.00

Effective from 12/09/17  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


Premium Basis and/or Rates are changed. Exposures are changed.

A revised Declarations Premium Schedule is attached.

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
CG T0 07 04 09
IL T0 07 09 87

Rates and/or premiums have been changed to reflect a change in the exposure
and/or rating procedure

NAME AND ADDRESS OF AGENT OR BROKER                   Countersigned by
**SIMMONS FIRST INS SRVS**
**11700 CANTRELL RD**
                                                     _____
                                                         Authorized Representative
**LITTLE ROCK**              **AR   72223**
                                                     DATE: **10/30/2017**
                                                     _____

**IL T0 07 09 87**  (Page  1  of 1  )                        Office: **TULSA OK**

**POLICY NUMBER:** 680-2F597898-17-42

**EFFECTIVE DATE:** 12/09/2017

**ISSUE DATE:** 10/30/2017

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

```
*   IL T0 07 09 87    CHANGE ENDORSEMENT
    IL T0 19 02 05    COMMON POLICY DECLARATIONS
    IL T0 25 08 01    RENEWAL CERTIFICATE
    MP T0 01 02 05    BUSINESSOWNERS COVERAGE PART DECLARATIONS
*   IL T8 01 01 01    FORMS ENDORSEMENTS AND SCHEDULE NUMBERS
    IL T3 15 09 07    COMMON POLICY CONDITIONS
```

BUSINESSOWNERS

```
    MP T1 30 02 05    TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART -
                      DELUXE PLAN
    MP T1 02 02 05    BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
    CP 02 99 11 85    CANCELLATION CHANGES
    MP T3 25 01 15    FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
    MP T3 41 02 05    THEFT OF MONEY AND SECURITIES LIMITATION
    MP T3 49 10 06    BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL
                      DOLLAR LIMIT ENDORSEMENT
    MP T3 50 11 06    EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION
    MP T3 56 02 08    AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS
                      PERSONAL PROP COV ENHANCEMENTS
    MP T1 68 03 06    EATING ESTABLISHMENT ENDORSEMENT
    MP T9 73 02 05    SPOILAGE COVERAGE
```

COMMERCIAL GENERAL LIABILITY

```
*   CG T0 07 04 09    DECLARATIONS PREMIUM SCHEDULE
    CG T0 08 07 86    KEY TO DECLARATIONS PREMIUM SCHEDULE
    CG T0 34 11 03    TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY
                      COVERAGE FORM CG 00 01 10 01
    CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
    CG D3 09 11 03    AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD
    CG D4 71 01 15    AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING
                      INJURY LIABILITY
    CG D0 37 04 05    OTHER INSURANCE - ADDITIONAL INSUREDS
    CG D1 86 11 03    XTEND ENDORSEMENT
    CG D2 03 12 97    AMEND - NON CUMULATION OF EACH OCC
    CG M3 01 02 05    PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED -
                      CHANGES
    CG D4 13 04 08    AMEND COVG - POLLUTION-EQUIP EXCEPTION
    CG F6 91 09 11    AR CHNGS - AMEND OCCURRENCE DEFINITION - BI / PD
                      RESULTING FROM  FAULTY WORKMANSHIP
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

PAGE:   1  OF  2

**POLICY NUMBER:** 680-2F597898-17-42

**EFFECTIVE DATE:** 12/09/2017

**ISSUE DATE:** 10/30/2017

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | | |
|---|---|---|
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |
| CG F4 27 05 06 | ARKANSAS CHANGES - DEFINITION OF POLLUTANTS |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 63 05 17 | ARKANSAS CHANGES |
| IL 01 99 09 08 | ARKANSAS CHANGES - TRANSFER RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| IL 02 31 09 08 | ARKANSAS CHANGES - CANCELLATION AND NONRENEWAL |
| IL F0 60 09 07 | ARKANSAS CHANGES - DEFINITION OF POLLUTANTS |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

**PAGE:** 2 OF 2

# GENERAL LIABILITY

# GENERAL LIABILITY

**DECLARATIONS PREMIUM SCHEDULE**
**Issue Date:** 10/30/2017

**Policy Number:** 680-2F597898-17-42

This Schedule applies to the Declarations for the period of 12/09/2017 to 12/09/2018.

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| STATE | ZIP | CLASS DESCRIPTION/CODE NUMBER | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|-------|-----|-------------------------------|------------------------|-------|-----------------|
| AR | 72211 | CATERING | s 225,000 | 2.142 | -47 |
| AR | 72211 | Liquor Liab - Subject to Premium Audit | s 2,000 | 6.395 | -21 |

**Premium Base Legend:**

| Premium Base | How Rates Apply | Premium Base | How Rates Apply |
|--------------|-----------------|--------------|-----------------|
| a = area | per 1000 sq. feet | s = gross sales | per $1000 of gross sales |
| c = cost | per $1000 of total cost | u = units | per unit |
| e = employees | per employee | t = | This premium base is reserved |
| m = admissions | per 1000 of admissions | | for unusual applications. Base |
| p = payroll | per $1000 of payroll | | and how rates apply are shown |
| r = receipts | per $1000 of receipts | | above. |

CG T0 07 04 09

Travelers Doc Mgmt 180 of 186

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

**Named Insured:** RSVP CATERING, LLC

| | |
|---|---|
| **Policy Number:** | 680-2F597898-17-42 |
| **Policy Effective Date:** | 12/09/2017 |
| **Policy Expiration Date:** | 12/09/2018 |
| **Issue Date:** | 04/03/2018 |
| **ADDITIONAL    Premium $** | 330.00 |

Effective from 12/09/17 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Premium Basis and/or Rates are changed. Exposures are changed.

A revised Declarations Premium Schedule is attached.

As a result of a recent audit, Rates and/or Premiums have been changed to reflect a change in exposure and/or rating procedure.

The following forms and/or endorsements is/are included with this change. These forms are added to the policy or replace forms already existing on the policy:
CG T0 07 04 09
IL T0 07 09 87

Rates and/or premiums have been changed to reflect a change in the exposure and/or rating procedure

NAME AND ADDRESS OF AGENT OR BROKER
SUNSTAR OF ARKANSAS
11700 CANTRELL RD

LITTLE ROCK                     AR   72223

Countersigned by

_____
Authorized Representative

DATE: 04/03/2018
_____

**IL T0 07 09 87**  (Page  1  of 1  )

Office: TULSA OK

**POLICY NUMBER:**   680-2F597898-17-42

**EFFECTIVE DATE:**   12/09/2017

**ISSUE DATE:**   04/03/2018

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | IL T0 25 08 01 | RENEWAL CERTIFICATE |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | | |
|---|---|---|
| | MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| | MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| | CP 02 99 11 85 | CANCELLATION CHANGES |
| | MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| | MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| | MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| | MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| | MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| | MP T1 68 03 06 | EATING ESTABLISHMENT ENDORSEMENT |
| | MP T9 73 02 05 | SPOILAGE COVERAGE |

COMMERCIAL GENERAL LIABILITY

| | | |
|---|---|---|
| * | CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| | CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| | CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| | CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| | CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| | CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| | CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| | CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| | CG D1 86 11 03 | XTEND ENDORSEMENT |
| | CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| | CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| | CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| | CG F6 91 09 11 | AR CHNGS - AMEND OCCURRENCE DEFINITION - BI / PD RESULTING FROM  FAULTY WORKMANSHIP |

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

**POLICY NUMBER:** 680-2F597898-17-42

**EFFECTIVE DATE:** 12/09/2017

**ISSUE DATE:** 04/03/2018

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |
| CG F4 27 05 06 | ARKANSAS CHANGES - DEFINITION OF POLLUTANTS |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 63 05 17 | ARKANSAS CHANGES |
| IL 01 99 09 08 | ARKANSAS CHANGES - TRANSFER RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| IL 02 31 09 08 | ARKANSAS CHANGES - CANCELLATION AND NONRENEWAL |
| IL F0 60 09 07 | ARKANSAS CHANGES - DEFINITION OF POLLUTANTS |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

# GENERAL LIABILITY

# GENERAL LIABILITY

**DECLARATIONS PREMIUM SCHEDULE**
**Issue Date: 04/03/2018**

**Policy Number: 680-2F597898-17-42**

This Schedule applies to the Declarations for the period of 12/09/2017 to 12/09/2018.

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| STATE ZIP | CLASS DESCRIPTION/CODE NUMBER | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|-----------|-------------------------------|------------------------|-------|-----------------|
| AR  72211 | CATERING | s 359,844 | 2.142 | 289 |
| AR  72211 | Liquor Liab - Subject to Premium Audit | s 7,689 | 6.395 | 36 |

**Premium Base Legend:**

| Premium Base | How Rates Apply | Premium Base | How Rates Apply |
|--------------|-----------------|--------------|-----------------|
| a = area | per 1000 sq. feet | s = gross sales | per $1000 of gross sales |
| c = cost | per $1000 of total cost | u = units | per unit |
| e = employees | per employee | t = | This premium base is reserved |
| m = admissions | per 1000 of admissions | | for unusual applications. Base |
| p = payroll | per $1000 of payroll | | and how rates apply are shown |
| r = receipts | per $1000 of receipts | | above. |